B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Foote, Dennis B** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Foote, Jeanne M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA Jeanne K Foote; AKA Jeanne Konitzer Foote** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-3562** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-7556** |
| Street Address of Debtor (No. and Street, City, and State):<br>**380 River Bluff Circle**<br>**Naperville, IL**　　　　　ZIP Code **60540** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**380 River Bluff Circle**<br>**Naperville, IL**　　　　　ZIP Code **60540** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>　*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities,<br>　check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined<br>　in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>□ Other | ■ Chapter 7　　□ Chapter 15 Petition for Recognition<br>□ Chapter 9　　　of a Foreign Main Proceeding<br>□ Chapter 11<br>□ Chapter 12　□ Chapter 15 Petition for Recognition<br>□ Chapter 13　　of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>□ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts,　□ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as　　business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**　**\*\*\* Diane Brazen Gordon 6202185 \*\*\***

□ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| □ | □ | □ | ■ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| □ | □ | □ | ■ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| □ | □ | □ | □ | ■ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)  Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Foote, Dennis B** <br> **Foote, Jeanne M** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X  /s/ Diane Brazen Gordon**          **November 30, 2011** <br> Signature of Attorney for Debtor(s)            (Date) <br> **Diane Brazen Gordon 6202185** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Foote, Dennis B** |
| | **Foote, Jeanne M** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Dennis B Foote**

Signature of Debtor  **Dennis B Foote**

**X  /s/ Jeanne M Foote**

Signature of Joint Debtor **Jeanne M Foote**

Telephone Number (If not represented by attorney)

**November 30, 2011**

Date

### Signature of Attorney*

**X  /s/ Diane Brazen Gordon**

Signature of Attorney for Debtor(s)

**Diane Brazen Gordon 6202185**

Printed Name of Attorney for Debtor(s)

**Law Office of Diane Brazen Gordon**

Firm Name

**175 Olde Half Day Road**
**Suite 140-4**
**Lincolnshire, IL 60069**

Address

**Email: dgordon33@hotmail.com**

**(847) 383-5647**

Telephone Number

**November 30, 2011**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dennis B Foote**      Case No. _____

       **Jeanne M Foote**

                           Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                   Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Dennis B Foote**
         **Dennis B Foote**

Date: **November 30, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Dennis B Foote**
       **Jeanne M Foote**             Case No. _____

                        Debtor(s)     Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jeanne M Foote**
                       **Jeanne M Foote**

Date:   **November 30, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | **Dennis B Foote,** | Case No. _____ | |
| | **Jeanne M Foote** | | |
| | Debtors | Chapter | **7** |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 622,700.00 | | |
| B - Personal Property | Yes | 3 | 362,736.80 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,249,925.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | 15,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 42 | | 377,849.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 9,266.90 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 9,366.00 |
| Total Number of Sheets of ALL Schedules | | 58 | | | |
| | Total Assets | | 985,436.80 | | |
| | | Total Liabilities | | 1,642,774.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Dennis B Foote,**
     **Jeanne M Foote**

Case No. _____

_____,
                              Debtors

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 15,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 15,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 9,266.90 |
| Average Expenses (from Schedule J, Line 18) | 9,366.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,396.49 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 483,565.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 15,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 377,849.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 861,414.00 |

B6A (Official Form 6A) (12/07)

.

In re    **Dennis B Foote,**

     **Jeanne M Foote**                                   ,               Case No. _____

                                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **single family residence located at 519 Alberosky Way Batavia, Illinois with built in appliances. Value based on zillow.com November 28, 2011.** | **Tenants by Entireties** | **J** | **622,700.00** | **1,105,892.00** |

|  |  |  |
|---|---:|---|
| Sub-Total > | **622,700.00** | (Total of this page) |
| Total > | **622,700.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Dennis B Foote,**                Case No. _____
           **Jeanne M Foote**

                               Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash in possession** | J | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account at Chase** | J | 0.00 |
| | | **checking account for Hots Shots USA at Chase** | J | 0.00 |
| | | **checking account at Old Second** | W | 70.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **typical household goods, appliances, furniture, electronics located in house in Batavia** | J | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **books, pictures** | J | 300.00 |
| 6. Wearing apparel. | | **clothing** | J | 500.00 |
| 7. Furs and jewelry. | | **wedding rings, costume jewelry** | J | 2,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **cameras** | J | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **term life insurance policies with Prudential Financial, the Midland, and Transamerica** | H | 0.00 |
| | | **term life insurance policies with the Midland, Transamerica Occidental Life, Reasure Life, and Cincinnati Life.** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                     Sub-Total >      **8,070.00**
                                (Total of this page)

   __2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dennis B Foote,**                                             Case No. _____
         **Jeanne M Foote**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Bright Start 529 Plan for daughter; no contributions in 2010 or 2011 (not property of the estate)** | H | 6,718.67 |
| | | **529 Plan at Upromise for daughter; no contributions made in 2010 or 2011 (not property of the estate)** | H | 715.13 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **retirement account from employment** | W | 144,648.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100 percent owner of Hot Shot USA, Inc.** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **anticipated 2010 tax refund; amount unknown** | J | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Hot Shots USA, Inc. went out of business but owed debtor money for money advanced between 2006 and 2010; from HELOC on home.** | J | 43,500.00 |

Sub-Total >    195,581.80
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Dennis B Foote,**　　　　　　　　　　　　　　　　　　Case No. _____

　　　**Jeanne M Foote**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Toyota Sienna CE/LE approximately 148,000 miles; value per Carmax.** | W | 5,000.00 |
| | | **2004 Lexus RX 330 4D Sport Utility approximately 157,512 miles; value per Carmax** | H | 10,000.00 |
| 26. Boats, motors, and accessories. | | **2006 Livin Large Pleasure Boat; located at Main Marine & Ski, Inc. in Racine WI; value per NADA** | W | 143,660.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2008 computer and printer used for work** | J | 400.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **pet dog** | J | 25.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 159,085.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 362,736.80 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re     **Dennis B Foote,**                            Case No. _____

         **Jeanne M Foote**

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                         *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel** | | | |
| **clothing** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **wedding rings, costume jewelry** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **cameras** | **735 ILCS 5/12-1001(d)** | **500.00** | **500.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **retirement account from employment** | **735 ILCS 5/12-1006** | **100%** | **144,648.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Toyota Sienna CE/LE approximately** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **5,000.00** |
| **148,000 miles; value per Carmax.** | **735 ILCS 5/12-1001(b)** | **2,600.00** | |
| | | | |
| **2004 Lexus RX 330 4D Sport Utility** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **10,000.00** |
| **approximately 157,512 miles; value per Carmax** | **735 ILCS 5/12-1001(b)** | **2,900.00** | |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **2008 computer and printer used for work** | **735 ILCS 5/12-1001(d)** | **400.00** | **400.00** |

                                                 Total:      **158,848.00**          **163,548.00**

__0__    continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                       Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Dennis B Foote,**
       **Jeanne M Foote**
                                                                        Case No. _____

_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **1473**<br><br>**Chase<br>Po Box 901039<br>Fort Worth, TX 76101** | | J | | Opened 12/06/04  Last Active  9/01/11<br><br>home equity line of credit<br><br>single family residence located at 519 Alberosky Way Batavia, Illinois with built in appliances. Value based on zillow.com November 28, 2011. | | | | | |
| | | | | Value $            622,700.00 | | | | 164,910.00 | 117,251.00 |
| Account No. **4158**<br><br>**Hsbc Bank<br>2929 Walden Ave<br>Depew, NY 14043** | | J | | Opened 10/29/04  Last Active 10/01/11<br><br>mortgage<br><br>single family residence located at 519 Alberosky Way Batavia, Illinois with built in appliances. Value based on zillow.com November 28, 2011. | | | | | |
| | | | | Value $            622,700.00 | | | | 575,041.00 | 0.00 |
| Account No. 3211024310175<br><br>**Keybank Na<br>Po Box 94825<br>Cleveland, OH 44101** | | J | | Opened  8/17/07  Last Active 10/01/11<br><br>secured loan<br><br>2006 Livin Large Pleasure Boat; located at Main Marine & Ski, Inc. in Racine WI; value per NADA | | | | | |
| | | | | Value $            143,660.00 | | | | 144,033.00 | 373.00 |
| Account No.<br><br>**Private Bank<br>The Private Bank<br>501 West State Street Suite 101<br>Geneva, IL 60134** | | | | third mortgage for business loan<br><br>single family residence located at 519 Alberosky Way Batavia, Illinois with built in appliances. Value based on zillow.com November 28, 2011. | | | X | | |
| | | | | Value $            622,700.00 | | | | 365,941.00 | 365,941.00 |

**__0__** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 1,249,925.00 | 483,565.00 |
| Total<br>(Report on Summary of Schedules) | 1,249,925.00 | 483,565.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Dennis B Foote,**                                                    Case No. _____
         **Jeanne M Foote**
                                                                                    ,
_____
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4**     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Dennis B Foote,**
     **Jeanne M Foote**

Case No. _____

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **COMPTROLLER OF MARYLAND COMPTROLLER OF MARYLAND REVENUE ADMINISTRATION DIVISION ANNAPOLIS, MD 21411** | | | notice only <br><br><br><br><br> 0.00 | | | | **0.00** | **0.00** <br><br> **0.00** |
| Account No. **6561-9** <br><br> **FLORIDA DEPARTMENT OF REVENUE FLORIDA DEPARTMENT OF REVENUE 5050 W TENNESSEE ST TALLAHASSEE, FL 32399-0120** | | | notice only <br><br><br><br><br> 0.00 | | | | **0.00** | **0.00** <br><br> **0.00** |
| Account No. <br><br> **Florida Dept. of Revenue 5050 West Tennessee St. Tallahassee, FL 32399-0100** | | J | notice only <br><br><br><br><br> 0.00 | | | | **0.00** | **0.00** <br><br> **0.00** |
| Account No. <br><br> **IL Dept Employment Security Benefit Payment Control Division PO Box 4385 Chicago, IL 60680** | | J | notice only <br><br><br><br><br> 0.00 | | | | **0.00** | **0.00** <br><br> **0.00** |
| Account No. <br><br> **Illinois Dept. of Revenue IL DEPARTMENT OF REVENUE PO BOX 19006 SPRINGFIELD, IL 62794-9006** | | | duplicate notice <br><br><br><br><br> 0.00 | | | | **0.00** | **0.00** <br><br> **0.00** |

Sheet  __1__  of  __4__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

**0.00**
**0.00**

**0.00**

B6E (Official Form 6E) (4/10) - Cont.

In re **Dennis B Foote,**
        **Jeanne M Foote**                                                          Case No. _____

_____,
                                          Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | sales tax | | | | | |
| **Illinois Dept. of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Chicago, IL 60101** | J | | | | | | | | **15,000.00** | **0.00** / **15,000.00** |
| Account No. | | | | | payroll taxes; amount unknown | | | | | |
| **Illinois Dept. of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Chicago, IL 60101** | J | | | | | | | | **0.00** | **Unknown** / **Unknown** |
| Account No. | | | | | notice only | | | | | |
| **INDIANA DEPT. OF REVENUE INDIANA DEPT. OF REVENUE PO BOX 1028 INDIANAPOLIS, IN 46206-1028** | | | | | | | | | **0.00** | **0.00** / **0.00** |
| Account No. | | | | | payroll taxes; amount unknown | | | | | |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | J | | | | | | | | **0.00** | **Unknown** / **Unknown** |
| Account No. | | | | | notice only | | | | | |
| **Kane County Treasurer P.O. Box 4025 Geneva, IL 60134** | J | | | | | | | | **0.00** | **0.00** / **0.00** |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | **0.00** |
|---|---|
| **15,000.00** | **15,000.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re **Dennis B Foote,**                                                                      Case No. _____
      **Jeanne M Foote**
_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Maine Revenue Service** <br> **P.O. Box 1065** <br> **Augusta, ME 04332-1065** | | J | notice only | | | | <br> 0.00 <br><br> 0.00 | <br> 0.00 | <br> 0.00 |
| Account No. **363 908 435** <br><br> **MASSACHUSETTS DEPART REVENUE** <br> **PO BOX 7065** <br> **BOSTON, MA 02204-7065** | | | notice only | | | | <br> 0.00 <br><br> 0.00 | <br> 0.00 | <br> 0.00 |
| Account No. **L-035199753-3** <br><br> **NEW YORK STATE** <br> **NYS ASSESSMENT RECEIVABLES** <br> **PO BOX 4127** <br> **BINGHAMTON, NY 13902-4127** | | | notice only | | | | <br> 0.00 <br><br> 0.00 | <br> 0.00 | <br> 0.00 |
| Account No. <br><br> **NY Dept. of Taxation and Finance** <br> **Coll & Civil Enforcement Division** <br> **WA Harriman Campus** <br> **Albany, NY 12227-0001** | | J | notice only | | | | <br> 0.00 <br><br> 0.00 | <br> 0.00 | <br> 0.00 |
| Account No. **8243** <br><br> **PA Department of Revenue** <br> **Attn Rick Wise** <br> **15 W. 3rd Street** <br> **Greensburg, PA 15601** | | | notice only | | | | <br> 0.00 <br><br> 0.00 | <br> 0.00 | <br> 0.00 |

Sheet  **3**   of  **4**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                         | 0.00 |
(Total of this page)    0.00    | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Dennis B Foote,**
      **Jeanne M Foote,**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | notice only | | | | | |
| Treasurer Commonwealth of VA DGS Fiscal Services P.O. Box 562 RICHMOND, VA 23218-0562 | | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| Wisconsin Dept of Revenue Wisconsin Dept of Revenue Box 930931 Milwaukee, WI 53293-0931 | | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 0.00 | 0.00 |
| Total | | 0.00 |
| (Report on Summary of Schedules) | 15,000.00 | 15,000.00 |

B6F (Official Form 6F) (12/07)

In re    **Dennis B Foote,**                                                    Case No. _____
         **Jeanne M Foote**
_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J | W C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4060423** <br><br> **ITW AMP** <br> **ITW AMP** <br> **P.O. BOX 95495** <br> **CHICAGO, IL 60694-5495** | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. <br><br> **4-S Security** <br> **4-S Security** <br> **7222 Bayberry Lane** <br> **Darien, IL 60561** | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. **ASI/227712** <br><br> **Advertising Specialty Institute** <br> **Bucks County Technology Park** <br> **4800 Street Road** <br> **Trevose, PA 19053-6698** | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. <br><br> **American Eagle** <br> **1 S. Northwest Hwy 5th Floor** <br> **Park Ridge, IL.60068-4240** | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |

__41__ continuation sheets attached

Subtotal
(Total of this page)                                                                                0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                  S/N:38953-111123    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
　　　**Jeanne M Foote**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **85006**<br><br> **American Express**<br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | | | Credit card purchases | X | | | 1,038.00 |
| Account No. **71007**<br><br> **American Express**<br>**American Express Blue**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | | | Credit card purchases | | | | 23,102.00 |
| Account No. **11008**<br><br> **American Express Blue**<br>**American Express Blue**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | | | Credit card purchases | | | | 18,892.00 |
| Account No.<br><br> **ASAP INC**<br>**ASAP, Inc**<br>**18730 Oxnard St #206**<br>**Tarzana, CA 91356** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No. **CA11**<br><br> **Campus Images**<br>**Campus Images**<br>**P.O. Box  495**<br>**Morrisville, NC 27560** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |

Sheet no. __1___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,032.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dennis B Foote,**                                              Case No. _____
        **Jeanne M Foote**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Cardinal Glass Co. Cardinal Glass Co. P.O. Box 707 Rockford, IL 61105** | | | | | | X | | | |
| | | | | | | | | | **0.00** |
| Account No. **77000** | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **City of Batavia City of Batavia 100 N. Island Avenue Batavia, IL 60510** | | | | | | X | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **FEDEX FED EX FREIGHT DEPT CH PO BOX 10306 PALATINE, IL 60055-0306** | | | | | | X | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **FEDEX NATIONAL LTL FEDEX NATIONAL LTL P.O. BOX 95001 LAKELAND, FL 33804-5001** | | | | | | X | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Framerica 2 Todd Court P.O. Box 699 Yaphank, NY 11980** | | | | | | X | | | |
| | | | | | | | | | **0.00** |

Sheet no. __**2**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dennis B Foote,**
      **Jeanne M Foote**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **21027**<br><br>**GE Money Bank**<br>**GE Money Bank**<br>**P.O. Box 960061**<br>**Orlando, FL 32896-0061** | | | contingent creditor of Hot Shots USA, Inc. | X | | | |
| | | | | | | | 0.00 |
| Account No.<br><br>**Hayes Manufacturing Group**<br>**Hayes Manufacturing Group**<br>**91218 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693** | | | contingent creditor of Hot Shots USA, Inc. | X | | | |
| | | | | | | | 0.00 |
| Account No.<br><br>**Illinois Dept. Employment Security**<br>**P.O. Box 803414**<br>**Chicago, IL 60680-3414** | | | notice only | | | | |
| | | | | | | | 0.00 |
| Account No. **LA12**<br><br>**Larsen Packaging Products, Inc.**<br>**120 Internationale Blvd.**<br>**Glendale Heights, IL 60139** | | | contingent creditor of Hot Shots USA, Inc. | X | | | |
| | | | | | | | 0.00 |
| Account No.<br><br>**MBNA America**<br>**Business Card**<br>**P.O. Box 15469**<br>**Wilmington, DE 19850-5469** | | | notice only | | | | |
| | | | | | | | 0.00 |

Sheet no. __3__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
       **Jeanne M Foote**                                    Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Mikkelsen Grahic Engineering** **Mikkelsen Grahic Engineering** **801 Geneva Parkway** **Lake Geneva, WI 53147** | | | | | X | | | 0.00 |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Nurre Caxton** **Nurre Caxton** **4615 N.W. 103rd Avenue** **Sunrise, FL 33351** | | | | | X | | | 0.00 |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Office Max** **Office Max** **P.O. Box 30292** **Salt Lake City, UT 84130** | | | | | X | | | 0.00 |
| Account No. **51621** | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Omega Moulding Co.** **Omega Moulding Co.** **1 Saw Grass Drive** **Bellport, NY 11713** | | | | | X | | | 0.00 |
| Account No. **PL02** | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **PLASTIC PLUS AWARDS** **PLASTIC PLUS AWARDS** **4321 Equipment Drive** **Charlotte, NC 28269** | | | | | X | | | 0.00 |

Sheet no. __4__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dennis B Foote,**
     **Jeanne M Foote**                                                      Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Platinum Plus for Business**<br>**Platinum Plus for Business**<br>**P.O. Box 15469**<br>**Wilmington, DE 19850** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No.<br><br>**PRO SPECIALTIES GROUP**<br>**Pro Specialties Group**<br>**4863 Shawline St. Suite D**<br>**San Diego, CA 92111** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No.<br><br>**Resource One**<br>**P.O. Box 267**<br>**Hagaman, NY 12086** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. **ST10**<br><br>**Stamar Packaging, Inc.**<br>**Stamar Packaging, Inc.**<br>**P.O. BOX 1157**<br>**BEDFORD PARK, IL 60499** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 10.00 |
| Account No. **5605**<br><br>**The Hartford**<br>**The Hartford**<br>**P.O. Box 2907**<br>**Hartford, CT 06104-2907** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |

Sheet no. __5___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                10.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**                                         Case No. _____
        **Jeanne M Foote**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3848** <br><br> **U.S. Bank N.A.** <br> **U.S. Bank NA** <br> **P.O. Box 790117** <br> **St. Louis, MO 63179-0117** | | | | notice only | | | | **0.00** |
| Account No. <br><br> **ULINE Shipping Supply** <br> **Attn:  Accounts Rec.** <br> **2200 S. Lakeside Drive** <br> **Waukegan, IL 60085** | | | | contingent creditor of Hot Shots USA, Inc. | X | | | **0.00** |
| Account No. <br><br> **USPS POST OFFICE - WEST CHIC** <br> **WEST CHICAGO POST OFFICE** <br> **1130 W WASHINGTON ST** <br> **WEST CHICAGO, IL 60185-2622** | | | | contingent creditor of Hot Shots USA, Inc. | X | | | **0.00** |
| Account No. <br><br> **Wells Fargo Financial Leasing** <br> **Wells Fargo Financial Leasing** <br> **P.O. Box 39345** <br> **Edina, MN 55439** | | | | contingent creditor of Hot Shots USA, Inc. | | | | **0.00** |
| Account No. <br><br> **Westfield Insurance Companies** <br> **Westfield Insurance Companies** <br> **P.O. Box 94595** <br> **Cleveland, OH 44101** | | | | contingent creditor of Hot Shots USA, Inc. | X | | | **0.00** |

Sheet no. __**6**___ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
       **Jeanne M Foote**
                                                                    Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2257** | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Xerox Corp.** Xerox Corp. P.O. Box 802555 Chicago, IL 60680 | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **1&1 INTERNET INC** 701 Lee Rd Suite 300 CHESTERBROOK, PA 19087 | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **AAATEX CORP** 3280C SOUTH ATLANTIC AV. #50 DAYTONA BEACH, FL 32118 | | | | X | | | 0.00 |
| Account No. | | | notice only | | | | |
| **ACE USA** Dept. CH 14089 Palatine, IL 60055 | | J | | | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **ADP Resources** 10200 Sunset Drive MIAMISBURG, FL 33173 | | | | X | | | 0.00 |

Sheet no. __**7**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**                                                          Case No. _____
         **Jeanne M Foote**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **ADP, INC.** **ADP, INC.** **100 NORTHWEST POINT BLVD** **ELK GROVE VILLAGE, IL 06000-7101** | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **ADVANCED DISCOVERY** **ADVANCED DISCOVERY** **PO BOX 415018** **KANSAS CITY, MO 64141-5018** | | | | X | | | 0.00 |
| Account No. **AS02** | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Advertising Specialty Institute** **Bucks County Tech Park** **4800 Street Road** **Trevose, PA 19053** | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **ALLIANT INTERNATIONAL UNIVERSITY** **1 Beach Street** **San Francisco, CA 94133** | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **American Chartered Bank** **1199 E. Higgins Rd.** **Schaumburg, IL 60173** | | | | | | | 0.00 |

Sheet no. __8__ of __41__ sheets attached to Schedule of                    Subtotal              0.00
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dennis B Foote,**
        **Jeanne M Foote,**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7313** **Amex** **Po Box 297871** **Fort Lauderdale, FL 33329** | | J | | **Opened 8/18/05 Last Active 10/01/11** **Credit card purchases** | | | | 31,897.00 |
| Account No. **6103** **Amex** **Po Box 297871** **Fort Lauderdale, FL 33329** | | W | | **Opened 8/18/05 Last Active 10/01/11** **Credit card purchases** | | | | 31,897.00 |
| Account No. **3633** **Amex** **Po Box 297871** **Fort Lauderdale, FL 33329** | | W | | **Opened 2/01/90** **Credit card purchases** | | | | 0.00 |
| Account No. **2583** **Amex** **Po Box 297871** **Fort Lauderdale, FL 33329** | | W | | **Opened 1/01/90** **Credit card purchases** | | | | 0.00 |
| Account No. **2433** **Amex** **Po Box 297871** **Fort Lauderdale, FL 33329** | | H | | **Opened 2/01/89** **Credit card purchases** | | | | 0.00 |

Sheet no. __9__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,794.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**
**Jeanne M Foote**                                                                Case No. _____

                                                    _____,
                                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **3633** <br><br> **Amex** <br> **Po Box 297871** <br> **Fort Lauderdale, FL 33329** | | **W** | | | **Opened  2/01/90** <br> **Credit card purchases** | | | | |
| | | | | | | | | | 0.00 |
| Account No. **2583** <br><br> **Amex** <br> **Po Box 297871** <br> **Fort Lauderdale, FL 33329** | | **W** | | | **Opened  1/01/90** <br> **Credit card purchases** | | | | |
| | | | | | | | | | 0.00 |
| Account No. <br><br> **AMEX BUS. CAPITAL LINE** <br> **P.O. Box 360001** <br> **Fort Lauderdale, FL 33301** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | |
| | | | | | | | | | 0.00 |
| Account No. <br><br> **AMI COMMUNICATIONS, INC.** <br> **AMI COMMUNICATIONS, INC.** <br> **1892 E. FABYAN PKWY** <br> **BATAVIA, IL 60510** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | |
| | | | | | | | | | 0.00 |
| Account No. <br><br> **ARNSTEIN & LEHR** <br> **120 S. RIVERSIDE PLAZA - SUITE 1200** <br> **CHICAGO, IL 60606-3910** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | |
| | | | | | | | | | 0.00 |

Sheet no. __**10**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal
                                                    (Total of this page)                            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
       **Jeanne M Foote**
_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  **692 3** | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **AT&T** **AT&T** **PO BOX 6463** **Carol STREAM, IL 60197-6463** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **AURORA UNIVERSITY - COMMISSIONS** **AURORA UNIVERSITY Dunham Hall** **1400 Marseillaise Place** **AURORA, IL 60506** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Avalara, Inc.** **435 Erickson Ave Ste 250** **Bainbridge Island, WA.98110** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **AYOTTE DECKER LLC** **AYOTTE DECKERLLC** **1730 PARK STREET, SUITE 211** **NAPERVILLE, IL 60563** | | | | | | X | | | 0.00 |
| Account No. **7121** | | H | | | Opened  9/09/02  Last Active 12/01/08 contingent creditor of Hot Shots USA, Inc. | | | | |
| **Bank Of America** **Po Box 17054** **Wilmington, DE 19850** | | | | | | X | | | 0.00 |

Sheet no. __**11**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**                                                          Case No. _____
         **Jeanne M Foote**

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Credit card purchases for Hots Shots USA, Inc. | | | | |
| **Bank Of America Business Card POBox 15796 Wilmington, DE 19886-5796** | | | | | | | | **19,526.00** |
| Account No. | | | | notice only | | | | |
| **Barczi Custom Homes P.O Box 721 Naperville, IL 60566** | | J | | | | | | **0.00** |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **BARD'S PRODUCTS, INC. BARD'S PRODUCTS, INC 1427 ARMOUR BLVD MUNDELEIN, IL 60060** | | | | | X | | | **0.00** |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Barney Rabin Company, Inc. Barney Rabin Company, Inc. 215 Salem Street Worburn, MA 01801** | | | | | X | | | **0.00** |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **BURR, PATTERSON & AULD HERFF JONES, INC. P.O. BOX 99292 CHICAGO, IL 60693** | | | | | X | | | **0.00** |

Sheet no. __12__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,526.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**
         **Jeanne M Foote**                                          Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**California Assoc of College Stores**<br>**P.O. Box 198580**<br>**San Diego, CA 92159-9580** | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. **5264**<br><br>**Capital One Na**<br>**Po Box 26625**<br>**Richmond, VA 23261** | | W | | **Opened 10/29/01  Last Active 10/05/11**<br>**credit card purchases** | X | | | 20,832.00 |
| Account No.<br><br>**CARTHAGE COLLEGE BOOKSTORE**<br>**2001 Alford Park Drive**<br>**Kenosha, WI 53140-1994** | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No.<br><br>**Cathy Neuhalfen**<br>**740 Saratoga Circle**<br>**Algonquin, IL 60102** | | J | | **loan for Hots Shots USA, Inc.** | | | | 136,500.00 |
| Account No.<br><br>**CHAMPION CONTAINER CORP**<br>**430 WRIGHTWOOD**<br>**ELMHURST, IL 60126** | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |

Sheet no. __**13**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **157,332.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
     **Jeanne M Foote**

Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CH04** <br><br> **Chartpak, Inc.** <br> **P.O. Box 847049** <br> **Boston, MA 02284-7049** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. **0005** <br><br> **Chase** <br> **Po Box 901076** <br> **Ft Worth, TX 76101** | | H | **Opened  6/27/03  Last Active  7/07/08** <br> **listed for information only; appears on credit report with zero balance.** | | | | 0.00 |
| Account No. **3590** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | J | **Opened  6/25/99  Last Active 11/01/01** <br> **listed for information only; appears on credit report with zero balance.** | | | | 0.00 |
| Account No. <br><br> **CHICAGO OFFICE TECH.Group** <br> **P.O. Box 5940** <br> **Lock Box #: 20-COE-001** <br> **CAROL STREAM, IL 60197** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. **3935** <br><br> **Chld/Cbna** <br> **Po Box 5002** <br> **Sioux Falls, SD 57117** | | W | **Opened 10/01/02  Last Active 11/01/02** <br> **listed for information only; appears on credit report with zero balance.** | | | | 0.00 |

Sheet no. __**14**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
**Jeanne M Foote**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Cinncinati Insurance Company P.O. Box 14596 Cincinnati, OH 45250-5496** | | J | | X | | | 0.00 |
| Account No. **Traditions 15287** | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Collegiate Licensing Company Attn: Royalty Accounting Dept. 290 Interstate North Circle, Suite Atlanta, GA 30339** | | | | X | | | 0.00 |
| Account No. **7116** | | | Opened  9/03/01  Last Active  3/01/02 listed for information only; appears on credit report with zero balance. | | | | |
| **Consecofin 345 St Peter/900 Landmk Saint Paul, MN 55102** | | H | | | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **COOPER, STORM, & PISCOPO 117 S. Second Street P.O. Box 388 GENEVA, IL 60134** | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **COUNTY COURT REPORTERS, INC. County View Center Ste 200 600 South County Farm Road WHEATON, IL 60187** | | | | X | | | 0.00 |

Sheet no. __15__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**
         **Jeanne M Foote**                                                    Case No. _____

                                          Debtors                         ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Crescent Cardboard Co.** **Crescent Cardboard Co.** **35243 Eagle Way** **Chicago, IL 60678-1352** | | | | X | | | 0.00 |
| Account No. | | | notice only | | | | |
| **Dave Handal** **112 Greene Ave** **Totoma, NJ 07512** | | | | | | | 0.00 |
| Account No.  **6011 0176 5962 657** | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Discover Merchant** **Discover Network** **PO Box 52145** **Phoenix, AZ 85072-2145** | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **DOMINICAN UNIVERSITY - VENDOR** **7200 Division Street** **River Forest, IL 60305-1222** | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Douglas Drenk, Esq.** **619 S. Addison Rd** **Attorney at Law** **Addison, IL 60101** | | | | X | | | 0.00 |

Sheet no. __16__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**                                                           Case No. _____
         **Jeanne M Foote**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
| Account No. | | | H | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Dynamex** **Dynamex** **12837 Collections Center Drive** **Chicago, IL 60693** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **ESKO-GRAPHICS** **ESKO-GRAPHICS** **8535 GANDER CREEK DRIVE** **MIAMISBURG, OH 45342** | | | | | | X | | | 0.00 |
| Account No. 3859 | | H | | | Opened 4/07/04  Last Active  1/02/06 listed for information only; appears on credit report with zero balance. | | | | |
| **Expo/Cbna** **Po Box 6497** **Sioux Falls, SD 57117** | | | | | | | | | 0.00 |
| Account No. 21232-008M | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **FAERMARK & WILLIAMS, LLC** **1900 S. Highland Ave Suite 100** **LOMBARD, IL 60148** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **FedEx** **Federal Express** **P.O. Box 94515** **Palatine, IL 60094-4515** | | | | | | X | | | 0.00 |

Sheet no. __17__ of __41__ sheets attached to Schedule of                                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)              0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis B Foote,**     Case No. _____
      **Jeanne M Foote**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**FIRST COMMUNICATIONS GLOBALCOM, INC P.O. BOX 71-5248 COLUMBUS, OH 43271-5248** | | | J | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. **3906**<br><br>**First Usa Bank 2500 Westfield Dr Elgin, IL 60124** | | W | | | **Opened  1/12/99 listed for information only; appears on credit report with zero balance.** | | | | 0.00 |
| Account No. **0116**<br><br>**First Usa Bank N A 1001 Jefferson Plaza Wilmington, DE 19701** | | | J | | **Opened  2/05/98  Last Active  1/01/04 listed for information only; appears on credit report with zero balance.** | | | | 0.00 |
| Account No.<br><br>**FOLLETT 1818 Swift Drive OakBrook, IL 60523** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No.<br><br>**GE CAPITAL GE CAPITAL P.O. BOX 740423 ATLANTA, GA 30374-0423** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |

Sheet no. __18__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dennis B Foote,**                                                      Case No. _____
        **Jeanne M Foote**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0900** <br><br> Gecrb/Home Dsgn Ce/App <br> Po Box 981439 <br> El Paso, TX 79998 | | H | **Opened 12/02/05 Last Active 3/07/08** <br> **listed for information only; appears on credit report with zero balance.** | | | | 0.00 |
| Account No. **1856** <br><br> Gecrb/Sony <br> Po Box 981439 <br> El Paso, TX 79998 | | W | **Opened 10/22/96** <br> **listed for information only; appears on credit report with zero balance.** | | | | 0.00 |
| Account No. **4538** <br><br> Gecrb/Thomasville <br> Po Box 981439 <br> El Paso, TX 79998 | | H | **Opened 12/31/06 Last Active 4/09/08** <br> **listed for information only; appears on credit report with zero balance.** | | | | 0.00 |
| Account No. **0830** <br><br> Gecrb/Tweeter <br> Po Box 981439 <br> El Paso, TX 79998 | | H | **Opened 5/22/01 Last Active 5/12/08** <br> **listed for information only; appears on credit report with zero balance.** | | | | 0.00 |
| Account No. <br><br> **GEORGE WILLIAMS COLLEGE** <br> **Attn: Derek Diavria** <br> **350 Constince Blvd.** <br> **WILLIAMS BAY, WI 53191** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |

Sheet no. __19__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**                                                    Case No. _____
         **Jeanne M Foote**
_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6060** <br><br> **GRAINGER** <br> **GRAINGER** <br> **DEPT. 840996060** <br> **PALATINE, IL 60038-0001** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. <br><br> **GROOT INDUSTRIES, INC.** <br> **P.O. Box 309** <br> **2500 Landmeier Rd.** <br> **Elk Grove Village, IL 60007** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. <br><br> **HAMRIC & SHERIDAN** <br> **HAMRIC & SHERIDAN** <br> **11 WEST NELSON STREET** <br> **Lexington Va 24450-0000** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. <br><br> **HERFF JONES** <br> **HERFF JONES** <br> **P.O. BOX 99292** <br> **CHICAGO, IL 60693** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |
| Account No. <br><br> **HOWARD UNIVERSITY** <br> **HOWARD UNIVERSITY SERVICE CENTER** <br> **2244 10TH ST NW SUITE 401** <br> **WASHINGTON, DC 20059** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | 0.00 |

Sheet no. __20__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
**Jeanne M Foote**

_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0912** | | | | | Opened  3/08/91  Last Active 12/30/98 listed for information only; appears on credit report with zero balance. | | | | |
| Hsbc/Brgnr Po Box 15521 Wilmington, DE 19805 | | | W | | | | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| ILLINOIS ASSOC OF COLLEGE STORES STA.A-P.O. Box 2245 CHAMPAIN, IL 61825 | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| INNER SECURITY SYSTEMS, INC. INNER SECURITY SYSEMS, INC. 418 TREASURE DRIVE OSWEGO, IL 60543 | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| Intergold LTD. - OLD Intergold LTD. 4908 52th St. SE Calgary, AB T2B3R2 | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| IX INTERNATIONAL 13061 NW 43rd Ave Ops-Locka, Fl 33054 | | | | | | X | | | 0.00 |

Sheet no. __**21**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis B Foote,**
  **Jeanne M Foote**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **A7M015** | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | |
| **JANI-KING OPP. FRANCHISING, INC. 1701 E. Woodfield Rd. #1100 SCHAUMBURG, IL 60173-5131** | | | | | | | | | 0.00 |
| Account No. **0002** | | W | | | **Opened 6/03/02 Last Active 8/31/02 listed for information only; appears on credit report with zero balance.** | | | | |
| **Jared-Galleria Of Jwlr 375 Ghent Rd Fairlawn, OH 44333** | | | | | | | | | 0.00 |
| Account No. **7105** | | H | | | **Opened 12/10/02 Last Active 4/18/03 listed for information only; appears on credit report with zero balance.** | | | | |
| **Jared-Galleria Of Jwlr 375 Ghent Rd Fairlawn, OH 44333** | | | | | | | | | 0.00 |
| Account No. | | | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | |
| **JOHN GALT BINDERY 800 E. 8th Street NEW ALBANY, IN 47150** | | | | | | | | | 0.00 |
| Account No. | | J | | | **August, 2011 personal loan** | | | | |
| **John Konitzer 406 Scott Street Algonquin, IL 60102** | | | | | | | | | 30,000.00 |

Sheet no. __22__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**
　　　**Jeanne M Foote**                                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**JOSTENS** <br>**Jostens** <br>**6311 Centre St. South** <br>**Calgary, AB T2H 0C7** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | <br><br><br>**0.00** |
| Account No. <br><br>**JUDSON UNIVERSITY** <br>**Registrar's Office** <br>**1151 North State Street** <br>**ELGIN, IL 60123** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | <br><br><br>**0.00** |
| Account No. **KS01** <br><br>**K & S Properties, Inc.** <br>**K & S Properties, Inc.** <br>**1888 E. Fabyan Parkway** <br>**Batavia, IL 60510** | | | **contingent creditor of Hot Shots USA, Inc.** <br>**balance of lease** | X | | | <br><br><br>**11,500.00** |
| Account No. <br><br>**Kean University** <br>**KEAN** <br>**1000 Morris Ave** <br>**Union, NJ 07083** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | <br><br><br>**0.00** |
| Account No. <br><br>**L. Stephen Pfleger, LTD.*** <br>**L. Stephen Pfleger, LTD.** <br>**12620 Native Dancer Place** <br>**North Potomac, MD 20878** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | <br><br><br>**0.00** |

Sheet no. __23__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**
    **Jeanne M Foote**
                                                ,

Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **LANDMARK PUBLISHING CORP 651 PARK VILLAGE DR ATLANTA, GA 30306** | | | | | X | | | 0.00 |
| Account No. 37524101 | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Larson-Juhl (ATL) Larson Juhl 3900 Steve Reynolds Blvd NORCROSS, GA 30093** | | | | | X | | | 0.00 |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Licensing Resource Group, LLC Licensing Resource Group, LLC 442 Century Lane Suite 100 Holland, MI 49423** | | | | | X | | | 0.00 |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Licensing Resource Group, LLC Attn: Gene Wandling 2570 Holiday Road, Suite 250 Coralville, IA 52241** | | | | | X | | | 0.00 |
| Account No. | | | | notice only | | | | |
| **Main Marine & Ski, Inc. 1101 Maine Street Racine, WI 53402** | | J | | | | | | 0.00 |

Sheet no. __24__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**                                                    Case No. _____
        **Jeanne M Foote**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Marist College** **3399 North Road** **Poughkeepsie, NY 12601** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **MARQUETTE SPIRIT SHOP** **Alumni Memorial Union** **1442 W. Wisconsin Ave** **MILWAUKEE, WI 53233** | | | | | | X | | | 0.00 |
| Account No. | | | | | collection for The PrivateBank and Trust Company; notice only | | | | |
| **Martin Tasch** **Lebow, Malecki & Tasch** **903 Commerce Drive Ste 160** **Oak Brook, IL 60523** | J | | | | | | | | 0.00 |
| Account No. | | | | | personal loan | | | | |
| **Maryagnes Dixon** **380 River Bluff Circle** **Naperville, IL 60540** | | | | | | | | | 40,000.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Midwestern University** **Midwestern University** **555 31st Street** **Downers Grove, IL 60515** | | | | | | X | | | 0.00 |

Sheet no. __25__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **40,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**
**Jeanne M Foote**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **MILES KEDEX COMPANY, INC.** **MILES KEDEX COMPANY, INC.** **1 ROWTIER DR.** **WESTMINSTER, MA 01473** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **MILLERSVILLE UNIVERSITY STORE** **STUDENT SERVICES INC.** **MILLERSVILLE, PA 17551** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Mincer's** **Mincer's** **1527 University Avenue** **Charlottesville, VA 22903-2636** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **MONTCLAIR UNIVERSITY** **MONTCLAIR** **1 Normal Ave** **Montclair, NJ 07043** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **NATIONAL ASSOC OF COLLEGE STORES** **500 East Lorain St.** **OBERLIN, OH 44074** | | | | | | X | | | 0.00 |

Sheet no. __26__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dennis B Foote,**
         **Jeanne M Foote**                                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| National Recognition Products 150 Kingswood Rd. P.O. Box 8725 Mankato, MN 56002-8725 | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| NATIONAL UNIVERSITY National University 2182 Corte Mango Carlsbad, CA 92009 | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| NECO NECO 424 Beacon Street Boston, MA 02115 | | | | | | X | | | 0.00 |
| Account No. IL467000 | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| Nielsen &  Bainbridge Nielsen Bainbridge 2577 Reliable Parkway Chicago, IL 60686-0025 | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| Oak Hall P.O. Box 1078 840 Union St. Salem, VA 24153 | | | | | | X | | | 0.00 |

Sheet no. __27__ of __41__ sheets attached to Schedule of                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**                                          Case No. _____
         **Jeanne M Foote**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Office Depot** **Office Depot** **P.O. Box 689020** **Des Moines, IA 50368-9020** | | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **PARTNER SHIP** **PARTNER SHIP** **500 E. LORAIN STREET** **OBERLIN, OH 44074-1294** | | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No.  AH21 | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **PAYCHEX** **PAYCHEX** **4300 WEAVER OARKWAY SUITE #100** **WARRENVILLE, IL 60555** | | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **PLANNED INTERGRAPHICS** **Printing Services** **P.O. Box 163** **SOUTH ELGIN, IL 60177** | | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Plastic Dress-Up** **11077 Rush Street** **P.O. Box 3897** **SOUTH EL MONTE, CA 91733** | | | | | | X | | | |
| | | | | | | | | | 0.00 |

Sheet no. __28__ of __41__ sheets attached to Schedule of                    Subtotal                0.00
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
    **Jeanne M Foote**
                                                   ,

Case No. _____

                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **PREMIER PACKAGING PREMIER PACKAGING 3254 RELIABLE PARKWAY CHICAGO, IL 60686** | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **Pride Sash PRIDE SASH 3341 Jack Northrop Ave Hawthorne, CA 90250** | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **PRINCE GEORGES C.C. PRINCE GEORGES C.C. 301 LARGO ROAD Largo, MD 20774** | | | | X | | | 0.00 |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **RAMAPO COLLEGE Campus Store 505 Ramapo Valley Rd Mahwah, NJ 07430** | | | | X | | | 0.00 |
| Account No. **H1012144** | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **REGISTERED AGENT SOLUTIONS INC. REGISTERED AGENT SOLUTIONS, INC. 515 CONGRESS AVENUE STE 2300 AUSTIN, TX 78701** | | | | X | | | 0.00 |

Sheet no. __29__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Dennis B Foote,**                                                        Case No. _____
          **Jeanne M Foote**
          _____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | X | | | |
| **Reid & Mo Olson** **3408 RFD** **Long Grove, IL 60047-8377** | | | | | | | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | X | | | |
| **Reliable Container Inc** **Reliable Container Inc** **210 South Addison Rd** **Addison, IL 60101** | | | | | | | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | X | | | |
| **Reliant Data Processing** **Reliant Data Processing** **197 Alder Drive** **North Aurora, IL 60542** | | | | | | | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | X | | | |
| **RJ CONSTRUCTION SUPPLY COMPANY, INC.** **1567 Frontenac Road** **NAPERVILLE, IL 60563** | | | | | | | | | 0.00 |
| Account No. **0310** | | W | | | Opened 10/13/86  Last Active  5/01/98 listed for information only; appears on credit report with zero balance. | | | | |
| **Rnb-Fields3** **Po Box 9475** **Minneapolis, MN 55440** | | | | | | | | | 0.00 |

Sheet no. __**30**__ of __**41**__ sheets attached to Schedule of                           Subtotal                                  0.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**
    **Jeanne M Foote**                                                          Case No. _____

                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **ROSS UNIVERSITY ROSS 630 US 1 North Brunswick Township, NJ 08902-3311** | | | | | X | | | 0.00 |
| **Account No.** | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **SAINT PETERS SAINT PETERS 2641 John F Kennedy Blvd Jersey City, NJ 07306** | | | | | X | | | 0.00 |
| **Account No.** | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **SALISBURY UNIVERSITY BOOKSTORE SALISBURY UNIVERSITY BOOKSTORE 1101 CAMDEN AVE SALISBURY, MD 21801** | | | | | X | | | 0.00 |
| **Account No. 1468** | | | | Opened 12/01/08  Last Active 12/30/08 listed for information only; appears on credit report with zero balance. | | | | |
| **Sears/Cbna Po Box 6189 Sioux Falls, SD 57117** | | W | | | | | | 0.00 |
| **Account No. SE02** | | | | notice only | | | | |
| **Secretary of State Dept. of Business Services 501 S. 2nd Street Springfield, IL 62756-5510** | | | | | X | | | 0.00 |

Sheet no. __31__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
              (Total of this page)              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dennis B Foote,**                                                     Case No. _____
    **Jeanne M Foote**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SENTINEL**<br>**SENTINEL TECHNOLOGIES, INC.**<br>**6092 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No.<br><br>**SETON HALL UNIVERSITY**<br>**Dept. for Community Development**<br>**SOUTH ORANGE, NJ 07079** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No. **SH01**<br><br>**Shell Fleet**<br>**P.O. Box 183019**<br>**Columbus, OH 43218-3019** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No.<br><br>**Shippensburg - Commissions**<br>**University Store**<br>**Ceddia Union Building**<br>**Shippensburg, PA 17257** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No.<br><br>**Shippensburg - Royalties**<br>**University Licensing Program**<br>**1871 Old Main Drive, Box 35**<br>**Shippensburg, PA 17257-2299** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |

Sheet no. __32__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**                                          Case No. _____
       **Jeanne M Foote**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **17257**<br><br>**SHIPPENSBURG UNIVERSITY**<br>**SHIPPENSBURG**<br>**Ceddia Union Building**<br>**Shippensburg, PA** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No.<br><br>**SIGNS BY TOMORROW**<br>**SIGNS BY TOMORROW**<br>**110 RIDGE AVE**<br>**BLOOMINGDALE, IL 60108** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No.<br><br>**SKYLINE**<br>**SKYLINE TRADETEC**<br>**1136 N GARFIELD STREET**<br>**LOMBARD, IL 60148** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No.<br><br>**ST REGIS**<br>**ST REGIS**<br>**60 INDUSTRIAL PARKWAY #199**<br>**CHEEKTOWAGA, NY 14227** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No. **183111**<br><br>**ST01  Studio Moulding**<br>**Studio Moulding**<br>**1315 E. Watson Ctr. Rd.**<br>**Carson, CA 90745** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |

Sheet no. __**33**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
       **Jeanne M Foote**                                          Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Steve Pfleger <br> 12620 Native Dancer Place <br> North Potomac, MD 20878 | | | notice only | X | | | 0.00 |
| Account No. <br><br> SWARTHMORE <br> SWARTHMORE <br> 500 College Ave <br> Swarthmore, PA 19081 | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No. 9960 <br><br> Target Nb <br> Po Box 673 <br> Minneapolis, MN 55440 | | W | Opened 9/05/08 Last Active 10/01/11 <br> Credit card purchases | | | | 12,655.00 |
| Account No. 250-0041871-000 CS <br><br> TD Auto Finance <br> PO Box 9001888 <br> Louisville, KY 40290-1888 | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No. <br><br> TENFAB DESIGNS, LLC <br> TENFAB DESIGNS, LLC <br> 829 CHICAGO AVE <br> EVANSTON, IL 60202 | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |

Sheet no. __34__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **12,655.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
       **Jeanne M Foote**                                                     Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | personal guaranty for Hots Shots USA, Inc.; contingent and secured | | | | |
| **The PrivateBank and Trust Company 70 West Madison Suite 200 Chicago, IL 60602-4202** | | J | | X | | | **Unknown** |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **THEOPHANY STAFFING, INC. THEOPHANY STAFFING, INC. 1601 BOND SUITE 106 NAPERVILLE, IL 60563** | | | | X | | | **0.00** |
| Account No. | | | notice only | | | | |
| **Timothy Guy Smith 2480 Rt 97 Suite 7 Glenwood, Maryland 21738-0000** | | | | | | | **0.00** |
| Account No. | | | notice only | | | | |
| **Tom Eklund 3157 Autumn Woods Dr. Charlottesville, VA 22991** | | | | | | | **0.00** |
| Account No. | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **TOWSON UNIVERSITY University Union Building 8000 York Rd TOWSON, MA 21252** | | | | X | | | **0.00** |

Sheet no. __35__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
       **Jeanne M Foote**                                    Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **70400463801770001** | | W | | | **Opened  7/24/06  Last Active  8/05/11 notice only** | | | | |
| **Toyota Motor Credit** **1111 W 22nd St Ste 420** **Oak Brook, IL 60523** | | | | | | | | | **0.00** |
| Account No. | | | | | **contingent creditor of Hot Shots USA, Inc.** | | | | |
| **TRANSWORLD SYSTEM** **TRANSWORLD SYSTEM** **P.O. BOX 14010** **SANTA ROSA, CA 95402-6010** | | | | | | X | | | **0.00** |
| Account No. | | | | | **contingent creditor of Hot Shots USA, Inc.** | | | | |
| **TRIMSTYLES** **Trimstyles Inc** **295 N Michigan Ave** **Kenilworth, NJ 07033** | | | | | | X | | | **0.00** |
| Account No. | | | | | **contingent creditor of Hot Shots USA, Inc.** | | | | |
| **Tropp & Company Inc.** **National Service Center** **P.O. Box 529** **Mendota, IL 61342** | | | | | | X | | | **0.00** |
| Account No. | | | | | **contingent creditor of Hot Shots USA, Inc.** | | | | |
| **UCSD BOOKSTORE** **University of Cal, San Diego** **9500 Gilman Drive** **La Jolla, CA 92093** | | | | | | X | | | **0.00** |

Sheet no. __**36**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dennis B Foote,**
      **Jeanne M Foote**                                      Case No. _____

_____,
                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**UNION**<br>**807 UNION STREET**<br>**SCHENECTADY, NY 12308** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | **0.00** |
| Account No. **60510** <br><br>**United Mfrs. Supplies, Inc.**<br>**United Mfrs. Supplies, Inc.**<br>**P.O. Box 857**<br>**Syosset, NY 11791** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | **0.00** |
| Account No. **E63-215** <br><br>**United Parcel Service**<br>**United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | **0.00** |
| Account No. <br><br>**UNIVERSITY CALIFORNIA S.D.**<br>**9500 GILMAN DRIVE**<br>**LA JOLLA, CA 92093** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | **0.00** |
| Account No. <br><br>**University of Chicago**<br>**Office of Legal Counsel**<br>**5801 S. Ellis Ave**<br>**Chicago, IL 60637** | | | **contingent creditor of Hot Shots USA, Inc.** | X | | | **0.00** |

Sheet no. __**37**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis B Foote,**
      **Jeanne M Foote**
                                                              Case No. _____
                                                    ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **University of Chicago Bookstore** **University of Chicago Bookstore** **970 E 58th Street** **Chicago, IL 60637** | | | | | X | | | 0.00 |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **UNIVERSITY OF MARYLAND** **COLLEGE PARK** **COLLEGE PARK, MD 20742** | | | | | X | | | 0.00 |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **UNIVERSITY OF VA ALUMNI ASC.** **UNIVERSITY OF VA ALUMNI ASC.** **PO BOX 400314** **CHARLOTTESVILLE, VA 22904** | | | | | X | | | 0.00 |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **University of Wisconsin** **Bursar Office - SS1700** **2420 Nicolet Drive** **Green Bay, WI 54311-7001** | | | | | X | | | 0.00 |
| Account No. | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **UNIVERSITY STORE** **UNIVERSITY STORE** **CEDDIA UNION BUILDING** **SHIPPENSBURG, PA 17257** | | | | | X | | | 0.00 |

Sheet no. __38__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis B Foote,**     Case No. _____
      **Jeanne M Foote**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **UPS FREIGHT** **UPS FREIGHT** **28013 NETWORK PLACE** **CHICAGO, IL 60673-1280** | | | | | | X | | | 0.00 |
| Account No. | | | | | notice only | | | | |
| **US BANK** **MANIFEST FUNDING SERVICES** **P.O. BOX 790448** **ST. LOUIS, MO 63179-0448** | | | | | | | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **VALLEY LOCK CO., INC.** **VALLEY LOCK CO., INC.** **1450 WEST MAIN STREET STE. B** **ST CHARLES, IL 60174** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **WALLEN STICHES** **WALLEN STICHES** **1101 16th Street** **COLUMBUS, IN 47201** | | | | | | X | | | 0.00 |
| Account No. | | | | | contingent creditor of Hot Shots USA, Inc. | | | | |
| **WASHINGTON AND LEE** **ELROD COMMONS** **LEXINGTON, VA 24450** | | | | | | X | | | 0.00 |

Sheet no. __39__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis B Foote,**
    **Jeanne M Foote**
                                            ,

Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No. 0201**<br><br>**West Suburban Bank**<br>**711 S Westmore Ave**<br>**Lombard, IL 60148** | | J | Opened 2/10/01 Last Active 5/01/03 **listed for information only; appears on credit report with zero balance.** | | | | **0.00** |
| **Account No.**<br><br>**WESTERN ILLINOIS UNIVERSITY**<br>**212 SHERMAN HALL**<br>**1 University Circle**<br>**MACOMB, IL 61455** | | | contingent creditor of Hot Shots USA, Inc. | X | | | **0.00** |
| **Account No.**<br><br>**WFNNB-ANP**<br>**WFNNB-ANP**<br>**P.O. Box 659704**<br>**San Antonio, TX 78265** | | | contingent creditor of Hot Shots USA, Inc. | X | | | **0.00** |
| **Account No. 0199**<br><br>**Wfnnb/Express**<br>**4590 E Broad St**<br>**Columbus, OH 43213** | | W | Opened 4/22/06 Last Active 6/07/06 **listed for information only; appears on credit report with zero balance.** | | | | **0.00** |
| **Account No. 3282**<br><br>**Wfnnb/Lane Bryant**<br>**4590 E Broad St**<br>**Columbus, OH 43213** | | W | Opened 9/11/94 Last Active 11/10/94 **listed for information only; appears on credit report with zero balance.** | | | | **0.00** |

Sheet no. __40__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis B Foote,**
    **Jeanne M Foote**
                                                        ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1436** <br><br> **Wfnnb/Victorias Secret** <br> **220 W Schrock Rd** <br> **Westerville, OH 43081** | | W | Opened 4/14/97 Last Active 5/10/07 listed for information only; appears on credit report with zero balance. | | | | 0.00 |
| Account No. <br><br> **WHEATON COLLEGE BKSTR** <br> **WHEATON COLLEGE BOOKSTORE** <br> **501 COLLEGE AVE** <br> **WHEATON, IL 60187-5593** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No. <br><br> **WISCONSIN ASSOC OF COLLEGE STORES** <br> **UNIVERSITY BOOK STORE** <br> **MADISON, WI 53703** | | | contingent creditor of Hot Shots USA, Inc. | X | | | 0.00 |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __41__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
    **0.00**

Total
(Report on Summary of Schedules)
    **377,849.00**

B6G (Official Form 6G) (12/07)

.

In re  **Dennis B Foote,**                                                      Case No. _____
**Jeanne M Foote**
_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ACE USA**<br>**Dept. CH 14089**<br>**Palatine, IL 60055** | **insurance on boat** |
| **ALE Solutions, Inc.**<br>**One West Illinois St. Suite 300**<br>**Saint Charles, IL 60174** | **lease of house in Batavia; Debtors are lessors and receive $4500.00 per month in rent.** |
| **Debtor's mother** | **Debtors are living with husband's mother and are on a month to month basis paying $1000.00 per month.** |
| **K & S Properties, Inc.**<br>**1888 Fabyan Parkway**<br>**Batavia, IL 60510** | **Industrial Buidling Lease with Hot Shots USA, Inc.** |
| **Main Marine & Ski, Inc.**<br>**1101 Maine Street**<br>**Racine, WI 53402** | **storage of boat** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

**B6H (Official Form 6H) (12/07)**

In re    **Dennis B Foote,**                                            Case No. _____

        **Jeanne M Foote**

_____,
                                   Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Dennis B Foote**
**Jeanne M Foote**                                                    Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** | AGE(S): **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **CEO** | **sales rep** |
| Name of Employer | **Hot Shots USA, Inc.** | **Larson Juhl** |
| How long employed | **18 years** | **21 years** |
| Address of Employer | **1540 Louis Bork Drive** **Batavia, IL 60510** | **550 Congress Circle South** **Roselle, IL 60172** |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ **0.00** | $ **7,333.34** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **7,333.34** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **1,388.21** |
| b. Insurance | $ **0.00** | $ **384.58** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify)     **See Detailed Income Attachment** | $ **0.00** | $ **793.65** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **2,566.44** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **4,766.90** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **4,500.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **4,500.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **4,500.00** | $ **4,766.90** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **9,266.90** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Hot Shots USA, Inc. went out of business and is in the process of liquidation of its assets to pay it secured creditor through an Assignment for the Benefit of Creditors.  Debtor is looking for other work.**

**B6I (Official Form 6I) (12/07)**

In re    **Dennis B Foote**
     **Jeanne M Foote**          Case No. _____

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| 401k | $ 0.00 | $ 220.00 |
| 401k loan | $ 0.00 | $ 516.99 |
| met life (auto insurance) | $ 0.00 | $ 56.66 |
| **Total Other Payroll Deductions** | $ 0.00 | $ 793.65 |

B6J (Official Form 6J) (12/07)

**Dennis B Foote**

In re **Jeanne M Foote** _____     Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,638.00 |
| a. Are real estate taxes included?    Yes  **X**    No ___ | | |
| b. Is property insurance included?    Yes  **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
|                     b. Water and sewer | $ | 75.00 |
|                     c. Telephone | $ | 75.00 |
|                     d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                     a. Homeowner's or renter's | $ | 0.00 |
|                     b. Life | $ | 150.00 |
|                     c. Health | $ | 0.00 |
|                     d. Auto | $ | 0.00 |
|                     e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                     (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                     a. Auto | $ | 0.00 |
|                     b. Other  **second mortgage** | $ | 1,957.00 |
|                     c. Other  **assessments** | $ | 116.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **cable and internet** | $ | 125.00 |
|       Other  **daughter's school expenses and activites** | $ | 100.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,366.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Debtors are leasing their home in Batavia and living with relatives in order to reduce monthly expenses.  Life insurance cost is increasing by approximately $100.00 per month.**

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 9,266.90 |
| b. | Average monthly expenses from Line 18 above | $ | 9,366.00 |
| c. | Monthly net income (a. minus b.) | $ | -99.10 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Dennis B Foote**
**Jeanne M Foote**
_____

Debtor(s)

Case No. _____

Chapter **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**60**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 30, 2011**
_____

Signature **/s/ Dennis B Foote**
_____
**Dennis B Foote**
Debtor

Date **November 30, 2011**
_____

Signature **/s/ Jeanne M Foote**
_____
**Jeanne M Foote**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dennis B Foote**
     **Jeanne M Foote**
                          Debtor(s)

Case No. _____

Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,819.23** | **Husband's income from Hots Shots USA, Inc. year to date.** |
| **$77,620.91** | **wife's earnings year to November 18, 2011** |
| **$105,479.00** | **wages 2010** |
| **$125,744.00** | **wages 2009** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,387.00** | **sale of stock in Lincoln National Corp. in 2009** |

---

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | **monthly mortgage payments of $1957.17** | **$5,871.51** | **$164,910.00** |
| **HSBC Bank USA NA**<br>**1800 Tysons Blvd.**<br>**Mc Lean, VA 22102** | **monthly mortgage payments** | **$8,616.00** | **$622,700.00** |

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None
☐    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |
| **Rally Capital Services, LLC 350 North LaSalle Drive Suite 1100 Chicago, IL 60654** | **October 28, 2011** | **Hots Shots USA, Inc. enterd a Trust Agreement and Assignment for the Benefit of Creditors of Hot Shots USA, Inc. after contacting first lienholder Private Bank.** |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Diane Brazen Gordon** **175 Olde Half Day Road** **Suite 140-4** **Lincolnshire, IL 60069** | **October 17, 2011** | **$4000 attorneys fees, $306.00 filing fee; $70.00 credit report.** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase** | **UGMA account for daughter at Chase; ending balance approximately $238.00** | **closed October, 2011** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **ALE Solutions, Inc.**<br>**One West Illinois St. #300**<br>**Saint Charles, IL 60174** | **tenant's security deposit in the amount of**<br>**$4500 and pet deposit of $500.00** | **Debtor's possession** |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **519 Alberosky Way, Batavia, IL 60510** | | **October 2004-September 2011** |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Hots Shots USA, Inc.** | **36-3908435** | **1540 Louis Bork Drive Batavia, IL 60510** | **manufacturing and distribution of picture frames and related items** | **1993 to October 31, 2011** |

None ■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

7

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Private Bank** | **annually** |
| **The Private Bank** | |
| **501 West State Street Suite 101** | |
| **Geneva, IL 60134** | |

---

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **November 30, 2011**                Signature    **/s/ Dennis B Foote**
                                                        **Dennis B Foote**
                                                        Debtor

Date **November 30, 2011**                Signature    **/s/ Jeanne M Foote**
                                                        **Jeanne M Foote**
                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dennis B Foote**
         **Jeanne M Foote**
                              Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**Chase** | Describe Property Securing Debt:<br>**single family residence located at 519 Alberosky Way Batavia, Illinois with built in appliances. Value based on zillow.com November 28, 2011.** |
|---|---|

Property will be (check one):
   ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain __continue to pay__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt              ☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**Hsbc Bank** | Describe Property Securing Debt:<br>**single family residence located at 519 Alberosky Way Batavia, Illinois with built in appliances. Value based on zillow.com November 28, 2011.** |
|---|---|

Property will be (check one):
   ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain __continue to pay__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt              ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Private Bank** | **Describe Property Securing Debt:**<br>**single family residence located at 519 Alberosky Way Batavia, Illinois with built in appliances. Value based on zillow.com November 28, 2011.** |

Property will be (check one):
☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain **try to pay**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**ACE USA** | **Describe Leased Property:**<br>**insurance on boat** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**ALE Solutions, Inc.** | **Describe Leased Property:**<br>**lease of house in Batavia; Debtors are lessors and receive $4500.00 per month in rent.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**K & S Properties, Inc.** | **Describe Leased Property:**<br>**Industrial Buidling Lease with Hot Shots USA, Inc.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**Main Marine & Ski, Inc.** | **Describe Leased Property:**<br>**storage of boat** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **November 30, 2011**

Signature  **/s/ Dennis B Foote**

**Dennis B Foote**
Debtor

Date  **November 30, 2011**

Signature  **/s/ Jeanne M Foote**

**Jeanne M Foote**
Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Dennis B Foote**
**Jeanne M Foote**
               Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **4,000.00** |
   | Prior to the filing of this statement I have received | $ **4,000.00** |
   | Balance Due | $ **0.00** |

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **November 30, 2011**

**/s/ Diane Brazen Gordon**
**Diane Brazen Gordon 6202185**
**Law Office of Diane Brazen Gordon**
**175 Olde Half Day Road**
**Suite 140-4**
**Lincolnshire, IL 60069**
**(847) 383-5647**
**dgordon33@hotmail.com**

---

**CONTRACT FOR BANKRUPTCY SERVICES BETWEEN
THE LAW OFFICE OF DIANE BRAZEN GORDON (A "DEBT RELIEF AGENCY")
AND Dennis Foote and Jeanne Foote (CLIENT and "PERSON ASSISTED")**

This Agreement is executed this the 17th day of October, 2011, by and between The Law Office of Diane Brazen Gordon (the Attorney and "Debt Relief Agency" within the meaning of the Bankruptcy Code) and Dennis Foote and Jeanne Foote (the Client, whether one or more parties, and "Person(s) Assisted" within the meaning of the Bankruptcy Code).  The parties agree as follows:

**1.      Type of Bankruptcy.**

     Client retains attorney to file a Chapter 7 bankruptcy case.  If the Client determines at a later date that the Client desires to file a Chapter 13 bankruptcy case, the parties shall execute a new fee contract setting forth the terms of such representation.

**2.      Fees and Charges for Services and Terms of Payment.**

     The base attorney fee for filing the Chapter 7 bankruptcy case is $4000 plus all costs disbursed or to be disbursed on behalf of the Client as set forth below.

     The base fee of $4000.00 is based on the following assumptions:

(a)   The Client has provided the Attorney with complete and accurate information.

(b)   The Client's circumstances, particularly the Client's Current Monthly Income as defined by the Bankruptcy Code, does not substantially change prior to the actual filing of the Chapter 7 Bankruptcy case.

(c)   The Client must pay the fee in full prior to the filing of the Chapter 7 Bankruptcy Case.

(d)   Client agrees to pay the fees in full at the execution of this Agreement, to be applied first to the appropriate filing fee, next to disbursements and last to attorneys fees.  All disbursements and fees must be paid in full before Attorney will file a petition under the Bankruptcy Code. Nothing in this Agreement shall be deemed to be legal advice. Attorney is obligated to state that Attorney is considered a Debt Relief Agency under the Bankruptcy Code.

**UNDER NO CIRCUMSTANCES SHALL CLIENT INCUR ADDITIONAL DEBT IN ORDER TO SATISFY CLIENT'S OBLIGATIONS UNDER THIS AGREEMENT.**

**3.      Refund of Percentage of Base Fee.**

     In the event the legal services provided for herein are terminated by either party prior to the filing of a Chapter 7 bankruptcy case, then the Client may be entitled to a refund of some of the base fee.  The refund shall be determined by the number of hours devoted by Attorney to the case prior to the time of termination computed at the rate of $250.00 per hour; by adding all expenses incurred (such as copies, postage, securing records and documents, tax transcripts, credit reports, etc); and then by deducting the total amount of all charges from the Base Fee.  If

the event the total of all such fees and charges exceed the Base Fee, the Client's liability shall be limited to the amount of the Base Fee.

**4.      Client's Obligations to Pay Designated Costs.**

The Client shall be obligated to pay the following costs related to the filing of a Chapter 7 bankruptcy case.  The costs are as follows:

(a)   The fee of $306.00 charged by the Bankruptcy Court to file a Chapter 7 bankruptcy case.

(b)   The cost of pre-filing consumer credit counseling.

(c)   The cost of a post-filing instructional course concerning personal financial management, which is a prerequisite to obtaining the Discharge of debts in a Chapter 7 case.

(d)   The fee charged by the Bankruptcy Court to amend schedules to add creditors in the amount of $30.00.  The attorneys fees to add a creditor that Client did not provide to Attorney is $75.00 for each amendment.

(e)   If the case has been converted from Chapter 13, the clerk's fee for conversion in the amount of $25.00

**YOUR BANKRUPTCY CASE WILL NOT BE FILED UNTIL THE ATTORNEYS FEES AND EXPENSES ARE PAID IN FULL AS SET FORTH HEREIN**

**5.      Standard Services provided Under the Attorney's Base Fee.**

The Standard Services of the attorney included in the base fee are those normally contemplated for a Chapter 7 case.  They include the services listed below:

(a)   All services reasonably necessary to fully inform the Client of the Client's rights and responsibilities under the Bankruptcy Laws, and analysis of Client's financial condition.

(b)   All services reasonably necessary to enable the Client to make an informed decision about the filing of a Chapter 7 bankruptcy case, including advising Client as to Client's eligibility to seek relief under either Chapter 7 or Chapter 13 of the Bankruptcy Code.

(c)   Advising the Client of all available exemptions under any applicable law.

(d)   Assisting the Client in complying with all of the requirements imposed by the Bankruptcy Laws, the Bankruptcy Rules, or any Local Bankruptcy Rules.

(e)   Preparation and electronic filing of petition, schedules, supplemental local forms, and mailing matrix, as applicable.

(f)   Drafting and mailing notice to creditors advising of filing of case, as necessary.

(g)   Drafting and mailing to you a letter regarding your attendance at the Section 341 meeting of creditors and your other responsibilities.

(h)   Preparation for and attendance at Section 341 meeting.

(i)   Filing of any motions to avoid non-purchase money liens on exempt household goods and judgment liens that impair exempt property.

(j)   Assisting the Client in carrying out the Client's Statement of Intentions, including assisting Client with reaffirmation agreements and attendance at any hearing on approval of a reaffirmation agreement.  Nothing herein shall require Attorney to execute any

reaffirmation agreement if Attorney does not believe that any such reaffirmation agreement is in the best interest of Client. Provided also that for any redemption, the Client pays the Non-Base Fee for any redemption.

(k)     Assisting the Client in complying with all proper and timely requests for information and/or documents by the Bankruptcy Trustee, the United States Trustee, the Court, or other parties involved in the case.

(l)     Communicating as necessary with the creditors and other parties involved in the case (including their attorneys) to facilitate the administration of the case and the application of the Automatic Stay.

(m)    Amendments to schedules excluding the fee charged by the Court in the amount of $26.00, which shall be paid in advance by the Client.

## 6.    Additional or Non-Base Legal Services.

Attorney shall be under no obligation to provide services beyond the Base Legal Services stated above. In some Chapter 7 cases, the legal services which are beyond those contemplated in the base fee may nonetheless be provided by the Attorney.  Among these additional or non-base legal services are:

(a)     Representing the Client in any dischargeability proceeding or other adversary proceeding.

(b)     Representing the Client in any contested motion to avoid any type of a lien or judgment.

(c)     Representing the Client in a motion to continue the Automatic Stay.

(d)     Representing the Client in any contested matters or adversary proceedings related to the enforcement of the Automatic Stay by a creditor.

(e)     Representing the Client in any action to enforce the Discharge injunction or enforce the Automatic Stay.

(f)     Representing the Client in any motions related to the enforcement of Sections 707(a) or 707(b) of the Bankruptcy Code.

(g)     Representation the Client in any contested motions for relief from the Automatic Stay.

(h)     Representing the Client in any motions to redeem exempt personal property.

(i)     Representing the Client in any contested matter regarding the Client's claim of exempt property.

(j)     Filing of motions to abandon property.

(m)    Representing the Client in any other matters not specifically designated as a Base Fee Service in this Agreement.

## 7. Compensation for Non-Base Legal Services.

For such non-base services, Client agrees to pay Attorney as follows:

| | | |
|---|---|---|
| (a) | Defending a motion for relief from stay | $450.00 |
| (b) | Motion to Redeem | $350.00 |
| (c) | Motion to continue the Automatic Stay | $450.00 |
| (d) | Motion to Avoid a Lien or Judgment | $350.00 |

(e)     With respect to all other matters, the Attorney will keep time and expense records for any non-base services and apply to the Court for the approval of the fee plus all expenses incurred as necessary.  The current hourly fee for your Attorney is $250.00.  These other matters may include, but are not limited to (i) defending claims that your

Bankruptcy Petition constitutes "Abuse" within the meaning of the Bankruptcy Code; (ii) defending claims that one or more of your debts are non-dischargeable; (iii) defending claims that you are not entitled to a discharge under the Bankruptcy Code; or (iv) defending matters arising from your failure to disclose any material fact, your failure to provide required documents, or any false statement that you may make in your Bankruptcy Petition, Schedules, Statement of Financial Affairs or any documents provided or to be provided in support thereof.

**8.     Expenses.**

The Attorney shall be entitled to apply to the Court for approval of any expenses related to your case for base fee or non-base fee services.  Such expenses include but are not limited to court fees, telephone fees, fax fees, copy fees, postage fees, PACER fees, electronic or other research fees

**9.     Payment of Base and Non-Base Fees.**

(a)     The Base Fee shall be paid in full prior to the time the Attorney begins any actual work on the Chapter 7 Petition and Schedules.

(b)     All fixed Non-Base fees must be paid in Advance of the Service by the Client.

(c)     Fees for services based on time and expenses shall be paid within 30 days of the Client's receipt of the bill for such services; provided, however, that the Attorney may require the payment of a retainer fee for non-base services that are expected to require more than 2 hours of the Attorney's time.

(d)     The Client understands that if the Client does not pay the non-base fees as provided in this Agreement then the Attorney has no obligation to provide the non-base services and has the right to file a motion to withdraw as the attorney for the Client in the Chapter 7 case, the contested case, or the adversary proceeding.

**10.     Client's Obligations.**

The Client's obligations are as follows:

(a)     To promptly pay all Base and Non-Base Legal fees and charges.

(b)     To provide the Attorney with all requested documents, bills statements, payment advices, bank records, tax returns, tax bills, appraisals, retirement and savings account, and income information and to sign any and all necessary forms to allow the Attorney to secure such documentation.

(c)     To provide accurately and honestly all of the information necessary to prepare and file the Chapter 7 bankruptcy case, and other motions or proceedings arising during the course of the case.

(d)     To timely respond to all letters, emails and telephone calls from the Attorney or any member of his staff.

(e)     To keep the Attorney advised at all times of the Client's mailing and physical addresses, telephone numbers, and email addresses.

(f)     To appear at the first meeting of creditors (the 341 meeting) and at any other court hearings or meetings as may be required by the Court or any other party.

(g)    To keep all scheduled office appointments with the Attorney and to notify the Attorney in advance of any problems with the timing and scheduling or rescheduling of such appointments.

(i)    To provide any information requested of the Client by the Chapter 7 Trustee, the United States Trustee, or any other party in the case, unless the Court rules that the Client is not required to provide such information.

(j)    To respond as soon as possible to any requests for the Client by the Attorney.

(l)    To provide current bank account information to include monthly statements as requested and online account balances as of the date of the signing of your bankruptcy petition packet.

## 11.    Advance Payment Retainer

The Illinois Supreme Court requires Attorney to advise Client of the following information.  The fees paid by Client are to be treated as an Advance Payment Retainer.  This means that the payments made by Client to Attorney are present payment to the Attorney in exchange for the Attorney's commitment to provide legal services to Client in the future.  The fees paid by the Client will be deposited in the Attorney's business account and not in the Attorney's trust account.  This means that Attorney owns the fees immediately upon payment.  If the Attorney's representation of Client ends before the retainer has been exhausted, the retainer is subject to refund to the Client pursuant to the Rules of Professional Conduct.

The Client has the option to employ a security retainer.  However, the Attorney is unwilling to represent Client without receiving the Advance Payment Retainer because when the bankruptcy petition is filed all nonexempt property owned by Client as of the date of the filing of the bankruptcy petition will be property of the bankruptcy estate.  Fees held in a client trust account do not belong to the Attorney and may be reached by creditors.  Money paid by Client to Attorney for the filing fee, the expense of the credit counseling course, and the financial management course will be used by Attorney for those purposes.  The Advance Payment Retainer is advantageous to the Client filing bankruptcy in order to protect the funds from creditor collection.

**The Client has the right to choose the type of the retainer.  Therefore, Client should not execute this Agreement unless Client authorizes the Advance Payment Retainer.**

## 12.    Receipt of Disclosures

Client acknowledges that Client has received copies of all Disclosure Documents attached to this Agreement, including (i) the Clerk's Notice mandated by Section 342(b) of the Bankruptcy Code and Section 527(a) of the Bankruptcy Code; (ii) Important Information About Bankruptcy Assistance Services From an Attorney or Bankruptcy Petition Preparer" mandated by Section 527(b) of the Bankruptcy Code; (iii) Notice to be Provided Pursuant to Section 527(c) of the Bankruptcy Code; and (iv) Notice to be Provided Pursuant to Section 527(a) of the Bankruptcy Code.

In the event that Attorney and Client determine that a Chapter 13 case should be filed rather than a Chapter 7, this agreement will be null and void and a new

agreement signed in the form of the Court's Model Retention Agreement for Chapter 13 cases. All fees paid will be applied to such Chapter 13 case.

**Attorney will not file bankruptcy case on behalf of Client until all documents requested have been provided and payment of all fees and costs as set forth herein have been paid in full.   Client's delay in providing requested documents and payment of fees and costs could result in loss of money or property due to creditor collection. Bankruptcy cannot stop creditor collection until the case is filed.   It is Client's responsibility to advise Attorney of any sale date in a foreclosure proceeding and any state court lawsuit and deadlines.    Attorney is not representing Client in any foreclosure proceeding or state court collection matter.**

**THE BANKRUPTCY CODE REQUIRES THAT WE EXPLICITILY AND CONSPICUOUSLY INFORM YOU THAT WE ARE A DEBT RELIEF AGENCY, AND THAT WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE BANKRUPTCY CODE.**

Dated: _Oct 17, 2011_          By: _____

                                         Diane Brazen Gordon

                                         The Law Office of Diane Brazen Gordon
                                         Attorney and Debt Relief Agency

Dated: _Oct 17, 2011_          Client: _____

Dated: _Oct. 17, 2011_         Client: _____

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total Fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s) Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total Fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total Fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dennis B Foote**
       **Jeanne M Foote**                          Case No. _____

                                     Debtor(s)         Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Dennis B Foote**
**Jeanne M Foote**
_____
Printed Name(s) of Debtor(s)

X   **/s/ Dennis B Foote**            **November 30, 2011**
    Signature of Debtor                  Date

Case No. (if known) _____

X   **/s/ Jeanne M Foote**           **November 30, 2011**
    Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dennis B Foote**
**Jeanne M Foote**
_____
Debtor(s)

Case No. _____
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **259**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 30, 2011**
_____

**/s/ Dennis B Foote**
**Dennis B Foote**
Signature of Debtor

Date:  **November 30, 2011**
_____

**/s/ Jeanne M Foote**
**Jeanne M Foote**
Signature of Debtor

ITW AMP
ITW AMP
P.O. BOX 95495
CHICAGO, IL 60694-5495

4-S Security
4-S Security
7222 Bayberry Lane
Darien, IL 60561

Advertising Specialty Institute
Bucks County Technology Park
4800 Street Road
Trevose, PA 19053-6698

American Eagle
1 S. Northwest Hwy 5th Floor
Park Ridge, IL.60068-4240

American Express
American Express
Box 0001
Los Angeles, CA 90096-8000

American Express
American Express Blue
Box 0001
Los Angeles, CA 90096-8000

American Express Blue
American Express Blue
Box 0001
Los Angeles, CA 90096-8000

ASAP INC
ASAP, Inc
18730 Oxnard St #206
Tarzana, CA 91356

Campus Images
Campus Images
P.O. Box 495
Morrisville, NC 27560

Cardinal Glass Co.
Cardinal Glass Co.
P.O. Box 707
Rockford, IL 61105

City of Batavia
City of Batavia
100 N. Island Avenue
Batavia, IL 60510

FEDEX
FED EX FREIGHT
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306

FEDEX NATIONAL LTL
FEDEX NATIONAL LTL
P.O. BOX 95001
LAKELAND, FL 33804-5001

Framerica
2 Todd Court
P.O. Box 699
Yaphank, NY 11980

GE Money Bank
GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061

Hayes Manufacturing Group
Hayes Manufacturing Group
91218 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Illinois Dept. Employment Security
P.O. Box 803414
Chicago, IL 60680-3414

Larsen Packaging Products, Inc.
120 Internationale Blvd.
Glendale Heights, IL 60139

MBNA America
Business Card
P.O. Box 15469
Wilmington, DE 19850-5469

Mikkelsen Grahic Engineering
Mikkelsen Grahic Engineering
801 Geneva Parkway
Lake Geneva, WI 53147

Nurre Caxton
Nurre Caxton
4615 N.W. 103rd Avenue
Sunrise, FL 33351

Office Max
Office Max
P.O. Box 30292
Salt Lake City, UT 84130

Omega Moulding Co.
Omega Moulding Co.
1 Saw Grass Drive
Bellport, NY 11713

PLASTIC PLUS AWARDS
PLASTIC PLUS AWARDS
4321 Equipment Drive
Charlotte, NC 28269

Platinum Plus for Business
Platinum Plus for Business
P.O. Box 15469
Wilmington, DE 19850

PRO SPECIALTIES GROUP
Pro Specialties Group
4863 Shawline St. Suite D
San Diego, CA 92111

Resource One
P.O. Box 267
Hagaman, NY 12086

Stamar Packaging, Inc.
Stamar Packaging, Inc.
P.O. BOX 1157
BEDFORD PARK, IL 60499

The Hartford
The Hartford
P.O. Box 2907
Hartford, CT 06104-2907

U.S. Bank N.A.
U.S. Bank NA
P.O. Box 790117
St. Louis, MO 63179-0117

ULINE Shipping Supply
Attn: Accounts Rec.
2200 S. Lakeside Drive
Waukegan, IL 60085

USPS POST OFFICE - WEST CHIC
WEST CHICAGO POST OFFICE
1130 W WASHINGTON ST
WEST CHICAGO, IL 60185-2622

Wells Fargo Financial Leasing
Wells Fargo Financial Leasing
P.O. Box 39345
Edina, MN 55439

Westfield Insurance Companies
Westfield Insurance Companies
P.O. Box 94595
Cleveland, OH 44101

Xerox Corp.
Xerox Corp.
P.O. Box 802555
Chicago, IL 60680

1&1 INTERNET INC
701 Lee Rd
Suite 300
CHESTERBROOK, PA 19087

AAATEX CORP
3280C SOUTH ATLANTIC AV. #50
DAYTONA BEACH, FL 32118

ACE USA
Dept. CH 14089
Palatine, IL 60055

ADP Resources
10200 Sunset Drive
MIAMISBURG, FL 33173

ADP, INC.
ADP, INC.
100 NORTHWEST POINT BLVD
ELK GROVE VILLAGE, IL 06000-7101

ADVANCED DISCOVERY
ADVANCED DISCOVERY
PO BOX 415018
KANSAS CITY, MO 64141-5018

Advertising Specialty Institute
Bucks County Tech Park
4800 Street Road
Trevose, PA 19053

ALE Solutions, Inc.
One West Illinois St. Suite 300
Saint Charles, IL 60174

ALLIANT INTERNATIONAL UNIVERSITY
1 Beach Street
San Francisco, CA 94133

American Chartered Bank
1199 E. Higgins Rd.
Schaumburg, IL 60173

American Express
c/o Becket and Lee
P.O. Box 3001
Malvern, PA 19355

American Express (MAX)
c/o Becket and Lee
P.O. Box 3001
Malvern, PA 19355

American Express Centurion Bank
200 Vessey St
New York, NY 10285

Amex
Po Box 297871
Fort Lauderdale, FL 33329

AMEX BUS. CAPITAL LINE
P.O. Box 360001
Fort Lauderdale, FL 33301

AMI COMMUNICATIONS, INC.
AMI COMMUNICATIONS, INC.
1892 E. FABYAN PKWY
BATAVIA, IL 60510

ARNSTEIN & LEHR
120 S. RIVERSIDE PLAZA - SUITE 1200
CHICAGO, IL 60606-3910

AT&T
AT&T
PO BOX 6463
Carol STREAM, IL 60197-6463

AURORA UNIVERSITY - COMMIS
AURORA UNIVERSITY Dunham Ha
1400 Marseillaise Place
AURORA, IL 60506

Avalara, Inc.
435 Erickson Ave Ste 250
Bainbridge Island, WA.98110

AYOTTE DECKER LLC
AYOTTE DECKERLLC
1730 PARK STREET, SUITE 211
NAPERVILLE, IL 60563

Bank Of America
Po Box 17054
Wilmington, DE 19850

Bank Of America
Business Card
POBox 15796
Wilmington, DE 19886-5796

Bank of America
4060 Ogletown Stanton Rd
Newark, DE 19713-3102

Bank of America
201 N. Tyron St.
Charlotte, NC 28255

Bank of America
101 S. Tyron St. Ste 1000
Charlotte, NC 28280-0010

Bank of America
Corporate Headquarters
100 N. Tyron St.
Charlotte, NC 28255

Bank of America N.A.
NC4-105-03-14
P.O. Box 26012
Greensboro, NC 27420

Bank of America, NA
101 S. Tyron St.
Charlotte, NC 28202

Barczi Custom Homes
P.O Box 721
Naperville, IL 60566

BARD'S PRODUCTS, INC.
BARD'S PRODUCTS, INC
1427 ARMOUR BLVD
MUNDELEIN, IL 60060

Barney Rabin Company, Inc.
Barney Rabin Company, Inc.
215 Salem Street
Worburn, MA 01801

BURR, PATTERSON & AULD
HERFF JONES, INC.
P.O. BOX 99292
CHICAGO, IL 60693

California Assoc of College Stores
P.O. Box 198580
San Diego, CA 92159-9580

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
1680 Capital One Drive
Mc Lean, VA 22102-3407

Capital One
c/o American Infosource
P.O. Box 54529
Oklahoma City, OK 73154

Capital One
P.O. Box 85520
15000 Capital One Drive
Richmond, VA 23285

Capital One Na
Po Box 26625
Richmond, VA 23261

CARTHAGE COLLEGE BOOKSTO
2001 Alford Park Drive
Kenosha, WI 53140-1994

Cathy Neuhalfen
740 Saratoga Circle
Algonquin, IL 60102

CHAMPION CONTAINER CORP
430 WRIGHTWOOD
ELMHURST, IL 60126

Chartpak, Inc.
P.O. Box 847049
Boston, MA 02284-7049

Chase
Po Box 901039
Fort Worth, TX 76101

Chase
Po Box 901076
Ft Worth, TX 76101

Chase
Po Box 15298
Wilmington, DE 19850

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase
200 White Clay Center Drive
Newark, DE 19711

Chase
800 Brooksedge
Westerville, OH 43081

Chase Card Services
Attn:  Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Home Finance LLC
P.O. Box 24696
Columbus, OH 43224-0696

Chase Home Finance LLC Bankr. D
Mail Code TX1-2301
2901 Kinwest Parkway
Irving, TX 75063-5816

CHICAGO  OFFICE  TECH. Group
P.O. Box 5940
Lock Box #: 20-COE-001
CAROL STREAM, IL 60197

Chld/Cbna
Po Box 5002
Sioux Falls, SD 57117

Cinncinati Insurance Company
P.O. Box 14596
Cincinnati, OH 45250-5496

Citibank
399 Park Avenue
New York, NY 10022

Citibank
Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Collegiate Licensing Company
Attn: Royalty Accounting Dept.
290 Interstate North Circle, Suite
Atlanta, GA 30339

COMPTROLLER  OF  MARYLAND
COMPTROLLER  OF  MARYLAND
REVENUE ADMINISTRATION DIVISION
ANNAPOLIS, MD 21411

Consecofin
345 St Peter/900 Landmk
Saint Paul, MN 55102

COOPER,  STORM,  &  PISCOPO
117 S. Second Street
P.O. Box 388
GENEVA, IL 60134

COUNTY COURT REPORTERS, INC.
County View Center Ste 200
600 South County Farm Road
WHEATON, IL 60187

Crescent  Cardboard  Co.
Crescent  Cardboard  Co.
35243 Eagle Way
Chicago, IL 60678-1352

Dave Handal
112 Greene Ave
Totoma, NJ 07512

Discover  Merchant
Discover Network
PO Box 52145
Phoenix, AZ 85072-2145

DOMINICAN UNIVERSITY - VENDOR
7200 Division Street
River Forest, IL 60305-1222

Douglas Drenk, Esq.
619 S. Addison Rd
Attorney at Law
Addison, IL 60101

Dynamex
Dynamex
12837 Collections Center Drive
Chicago, IL 60693

ESKO-GRAPHICS
ESKO-GRAPHICS
8535 GANDER CREEK DRIVE
MIAMISBURG, OH 45342

Expo/Cbna
Po Box 6497
Sioux Falls, SD 57117

FAERMARK & WILLIAMS, LLC
1900 S. Highland Ave Suite 100
LOMBARD, IL 60148

FedEx
Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

FIRST COMMUNICATIONS
GLOBALCOM, INC
P.O. BOX 71-5248
COLUMBUS, OH 43271-5248

First Usa Bank
2500 Westfield Dr
Elgin, IL 60124

First USA Bank
800 Brooksedge Blvd
Westerville, OH 43081

First Usa Bank N A
1001 Jefferson Plaza
Wilmington, DE 19701

FLORIDA DEPARTMENT OF REVENUE
FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-0120

Florida Dept. of Revenue
5050 West Tennessee St.
Tallahassee, FL 32399-0100

FOLLETT
1818 Swift Drive
OakBrook, IL 60523

GE CAPITAL
GE CAPITAL
P.O. BOX 740423
ATLANTA, GA 30374-0423

GE Capital Consumer Finance
U.S. Headquarters
1600 Summer Street Fifth Floor
Stamford, CT 06905

GE Money Bank
P.O. Box 981426
El Paso, TX 79998-1426

GE Money Bank attn Bankruptcy dept.
P.O. Box 103104
Roswell, GA 30076

Gecrb/Home Dsgn Ce/App
Po Box 981439
El Paso, TX 79998

Gecrb/Sony
Po Box 981439
El Paso, TX 79998

Gecrb/Thomasville
Po Box 981439
El Paso, TX 79998

Gecrb/Tweeter
Po Box 981439
El Paso, TX 79998

GEORGE WILLIAMS COLLEGE
Attn:  Derek Diavria
350 Constince Blvd.
WILLIAMS BAY, WI 53191

GRAINGER
GRAINGER
DEPT. 840996060
PALATINE, IL 60038-0001

GROOT INDUSTRIES, INC.
P.O. Box 309
2500 Landmeier Rd.
Elk Grove Village, IL 60007

HAMRIC & SHERIDAN
HAMRIC & SHERIDAN
11 WEST NELSON STREET
Lexington Va 24450-0000

HERFF JONES
HERFF JONES
P.O. BOX 99292
CHICAGO, IL 60693

HOWARD UNIVERSITY
HOWARD UNIVERSITY SERVICE CENTER
2244 10TH ST NW SUITE 401
WASHINGTON, DC 20059

Hsbc Bank
2929 Walden Ave
Depew, NY 14043

HSBC Bank USA NA
1800 Tysons Blvd.
Mc Lean, VA 22102

HSBC Finance Corp.
26525 N. Riverwoods Blvd.
Mettawa, IL 60045

HSBC North America
26525 North Riverwoods Blvd
4 North East
Mettawa, IL 60045

Hsbc/Brgnr
Po Box 15521
Wilmington, DE 19805

IL Dept Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680

ILLINOIS ASSOC OF COLLEGE S
STA.A-P.O. Box 2245
CHAMPAIN, IL 61825

Illinois Dept. of Revenue
IL DEPARTMENT OF REVENUE
PO BOX 19006
SPRINGFIELD, IL 62794-9006

Illinois Dept. of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph
Chicago, IL 60101

Illinois Dept. of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

INDIANA DEPT. OF REVENUE
INDIANA DEPT. OF REVENUE
PO BOX 1028
INDIANAPOLIS, IN 46206-1028

INNER SECURITY SYSTEMS, INC.
INNER SECURITY SYSEMS, INC.
418 TREASURE DRIVE
OSWEGO, IL 60543

Intergold LTD. - OLD
Intergold LTD.
4908 52th St. SE
Calgary, AB T2B3R2

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IX INTERNATIONAL
13061 NW 43rd Ave
Ops-Locka, Fl 33054

JANI-KING
OPP. FRANCHISING, INC.
1701 E. Woodfield Rd. #1100
SCHAUMBURG, IL 60173-5131

Jared-Galleria Of Jwlr
375 Ghent Rd
Fairlawn, OH 44333

JOHN GALT BINDERY
800 E. 8th Street
NEW ALBANY, IN 47150

John Konitzer
406 Scott Street
Algonquin, IL 60102

JOSTENS
Jostens
6311 Centre St. South
Calgary, AB T2H 0C7

JUDSON UNIVERSITY
Registrar's Office
1151 North State Street
ELGIN, IL 60123

K & S Properties, Inc.
K & S Properties, Inc.
1888 E. Fabyan Parkway
Batavia, IL 60510

K & S Properties, Inc.
1888 Fabyan Parkway
Batavia, IL 60510

Kane County Treasurer
P.O. Box 4025
Geneva, IL 60134

Kean University
KEAN
1000 Morris Ave
Union, NJ 07083

Keybank Na
Po Box 94825
Cleveland, OH 44101

L. Stephen Pfleger, LTD.*
L. Stephen Pfleger, LTD.
12620 Native Dancer Place
North Potomac, MD 20878

LANDMARK PUBLISHING CORP
651 PARK VILLAGE DR
ATLANTA, GA 30306

Larson-Juhl (ATL)
Larson Juhl
3900 Steve Reynolds Blvd
NORCROSS, GA 30093

Licensing Resource Group, LLC
Licensing Resource Group, LLC
442 Century Lane Suite 100
Holland, MI 49423

Licensing Resource Group, LLC
Attn: Gene Wandling
2570 Holiday Road, Suite 250
Coralville, IA 52241

Main Marine & Ski, Inc.
1101 Maine Street
Racine, WI 53402

Maine Revenue Service
P.O. Box 1065
Augusta, ME 04332-1065

Marist College
3399 North Road
Poughkeepsie, NY 12601

MARQUETTE  SPIRIT  SHOP
Alumni Memorial Union
1442 W. Wisconsin Ave
MILWAUKEE, WI 53233

Martin Tasch
Lebow, Malecki & Tasch
903 Commerce Drive Ste 160
Oak Brook, IL 60523

Maryagnes Dixon
380 River Bluff Circle
Naperville, IL 60540

MASSACHUSETTS  DEPART  REVENUE
PO BOX 7065
BOSTON, MA 02204-7065

Midwestern University
Midwestern University
555 31st Street
Downers Grove, IL 60515

MILES KEDEX COMPANY, INC.
MILES KEDEX COMPANY, INC.
1 ROWTIER DR.
WESTMINSTER, MA 01473

MILLERSVILLE  UNIVERSITY  STORE
STUDENT SERVICES INC.
MILLERSVILLE, PA 17551

Mincer's
Mincer's
1527 University Avenue
Charlottesville, VA 22903-2636

MONTCLAIR  UNIVERSITY
MONTCLAIR
1 Normal Ave
Montclair, NJ 07043

NATIONAL  ASSOC  OF  COLLEGE  STORES
500 East Lorain St.
OBERLIN, OH 44074

National Recognition Products
150 Kingswood Rd.
P.O. Box 8725
Mankato, MN 56002-8725

NATIONAL UNIVERSITY
National University
2182 Corte Mango
Carlsbad, CA 92009

NECO
NECO
424 Beacon Street
Boston, MA 02115

NEW  YORK  STATE
NYS ASSESSMENT RECEIVABLES
PO BOX 4127
BINGHAMTON, NY 13902-4127

Nielsen &   Bainbridge
Nielsen Bainbridge
2577 Reliable Parkway
Chicago, IL 60686-0025

NY Dept. of Taxation and Finance
Coll & Civil Enforecement Division
WA Harriman Campus
Albany, NY 12227-0001

Oak Hall
P.O. Box 1078
840 Union St.
Salem, VA 24153

Office Depot
Office Depot
P.O. Box 689020
Des Moines, IA 50368-9020

PA Department of Revenue
Attn Rick Wise
15 W. 3rd Street
Greensburg, PA 15601

PARTNER  SHIP
PARTNER SHIP
500 E. LORAIN STREET
OBERLIN, OH 44074-1294

PAYCHEX
PAYCHEX
4300 WEAVER OARKWAY SUITE #1
WARRENVILLE, IL 60555

PLANNED  INTERGRAPHICS
Printing Services
P.O. Box 163
SOUTH ELGIN, IL 60177

Plastic Dress-Up
11077 Rush Street
P.O. Box 3897
SOUTH EL MONTE, CA 91733

PREMIER PACKAGING
PREMIER PACKAGING
3254 RELIABLE PARKWAY
CHICAGO, IL 60686

Pride Sash
PRIDE SASH
3341 Jack Northrop Ave
Hawthorne, CA 90250

PRINCE  GEORGES  C.C.
PRINCE GEORGES C.C.
301 LARGO ROAD
Largo, MD 20774

Private Bank
The Private Bank
501 West State Street Suite 101
Geneva, IL 60134

RAMAPO COLLEGE
Campus Store
505 Ramapo Valley Rd
Mahwah, NJ 07430

REGISTERED AGENT SOLUTIONS INC.
REGISTERED AGENT SOLUTIONS, INC.
515 CONGRESS AVENUE STE 2300
AUSTIN, TX 78701

Reid & Mo Olson
3408 RFD
Long Grove, IL 60047-8377

Reliable Container Inc
Reliable Container Inc
210 South Addison Rd
Addison, IL 60101

Reliant Data Processing
Reliant Data Processing
197 Alder Drive
North Aurora, IL 60542

RJ CONSTRUCTION SUPPLY CO
1567 Frontenac Road
NAPERVILLE, IL 60563

Rnb-Fields3
Po Box 9475
Minneapolis, MN 55440

ROSS UNIVERSITY
ROSS
630 US 1
North Brunswick Township, NJ 08902-3311

SAINT PETERS
SAINT PETERS
2641 John F Kennedy Blvd
Jersey City, NJ 07306

SALISBURY UNIVERSITY BOOKSTORE
SALISBURY UNIVERSITY BOOKSTORE
1101 CAMDEN AVE
SALISBURY, MD 21801

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117

Secretary of State
Dept. of Business Services
501 S. 2nd Street
Springfield, IL 62756-5510

SENTINEL
SENTINEL TECHNOLOGIES, INC.
6092 PAYSPHERE CIRCLE
CHICAGO, IL 60674

SETON HALL UNIVERSITY
Dept. for Community Development
SOUTH ORANGE, NJ 07079

Shell Fleet
P.O. Box 183019
Columbus, OH 43218-3019

Shippensburg - Commissions
University Store
Ceddia Union Building
Shippensburg, PA 17257

Shippensburg - Royalties
University Licensing Program
1871 Old Main Drive, Box 35
Shippensburg, PA 17257-2299

SHIPPENSBURG UNIVERSITY
SHIPPENSBURG
Ceddia Union Building
Shippensburg, PA

SIGNS BY TOMORROW
SIGNS BY TOMORROW
110 RIDGE AVE
BLOOMINGDALE, IL 60108

SKYLINE
SKYLINE TRADETEC
1136 N GARFIELD STREET
LOMBARD, IL 60148

ST REGIS
ST REGIS
60 INDUSTRIAL PARKWAY #199
CHEEKTOWAGA, NY 14227

ST01   Studio Moulding
Studio Moulding
1315 E. Watson Ctr. Rd.
Carson, CA 90745

Steve Pfleger
12620 Native Dancer Place
North Potomac, MD 20878

SWARTHMORE
SWARTHMORE
500 College Ave
Swarthmore, PA 19081

Target
Bankruptcy Dept.
P.O. Box 1327
Minneapolis, MN 55440

Target National Bank
3901 W. 53rd Street
Sioux Falls, SD 57106-4221

Target National Bank
BK Notice
3701 Wayzata Blvd.  MS-3CG
Minneapolis, MN 55416

Target Nb
Po Box 673
Minneapolis, MN 55440

Target NB
P.O. Box 673
Minneapolis, MN 55440

Target Visa
P.O. Box 660170
Dallas, TX 75226

TD Auto Finance
PO Box 9001888
Louisville, KY 40290-1888

TENFAB DESIGNS, LLC
TENFAB DESIGNS, LLC
829 CHICAGO AVE
EVANSTON, IL 60202

The PrivateBank and Trust Compa
70 West Madison
Suite 200
Chicago, IL 60602-4202

THEOPHANY STAFFING, INC.
THEOPHANY STAFFING, INC.
1601 BOND SUITE 106
NAPERVILLE, IL 60563

Timothy Guy Smith
2480 Rt 97 Suite 7
Glenwood, Maryland 21738-0000

Tom Eklund
3157 Autumn Woods Dr.
Charlottesville, VA 22991

TOWSON UNIVERSITY
University Union Building
8000 York Rd
TOWSON, MA 21252

Toyota Motor Credit
1111 W 22nd St Ste 420
Oak Brook, IL 60523

Toyota Motor Credit
1111 W. 22nd St. #420
Oak Brook, IL 60523

TRANSWORLD SYSTEM
TRANSWORLD SYSTEM
P.O. BOX 14010
SANTA ROSA, CA 95402-6010

Treasurer Commonwealth of VA
DGS Fiscal Services
P.O. Box 562
RICHMOND, VA 23218-0562

TRIMSTYLES
Trimstyles Inc
295 N Michigan Ave
Kenilworth, NJ 07033

Tropp & Company Inc.
National Service Center
P.O. Box 529
Mendota, IL 61342

UCSD BOOKSTORE
University of Cal, San Diego
9500 Gilman Drive
La Jolla, CA 92093

UNION
807 UNION STREET
SCHENECTADY, NY 12308

United Mfrs. Supplies, Inc.
United Mfrs. Supplies, Inc.
P.O. Box 857
Syosset, NY 11791

United Parcel Service
United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

UNIVERSITY CALIFORNIA S.D.
9500 GILMAN DRIVE
LA JOLLA, CA 92093

University of Chicago
Office of Legal Counsel
5801 S. Ellis Ave
Chicago, IL 60637

University of Chicago Bookstore
University of Chicago Bookstore
970 E 58th Street
Chicago, IL 60637

UNIVERSITY OF MARYLAND
COLLEGE PARK
COLLEGE PARK, MD 20742

UNIVERSITY OF VA ALUMNI ASC.
UNIVERSITY OF VA ALUMNI ASC.
PO BOX 400314
CHARLOTTESVILLE, VA 22904

University of Wisconsin
Bursar Office - SS1700
2420 Nicolet Drive
Green Bay, WI 54311-7001

UNIVERSITY STORE
UNIVERSITY STORE
CEDDIA UNION BUILDING
SHIPPENSBURG, PA 17257

UPS FREIGHT
UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

US BANK
MANIFEST FUNDING SERVICES
P.O. BOX 790448
ST. LOUIS, MO 63179-0448

VALLEY LOCK CO., INC.
VALLEY LOCK CO., INC.
1450 WEST MAIN STREET STE. B
ST CHARLES, IL 60174

WALLEN STICHES
WALLEN STICHES
1101 16th Street
COLUMBUS, IN 47201

WASHINGTON AND LEE
ELROD COMMONS
LEXINGTON, VA 24450

West Suburban Bank
711 S Westmore Ave
Lombard, IL 60148

WESTERN ILLINOIS UNIVERSITY
212 SHERMAN HALL
1 University Circle
MACOMB, IL 61455

WFNNB
3100 Easton Square Place
Columbus, OH 43219

WFNNB, Bankr. Dept.
P.O. Box 182125
Columbus, OH 43218-2125

WFNNB-ANP
WFNNB-ANP
P.O. Box 659704
San Antonio, TX 78265

Wfnnb/Express
4590 E Broad St
Columbus, OH 43213

Wfnnb/Lane Bryant
4590 E Broad St
Columbus, OH 43213

Wfnnb/Victorias Secret
220 W Schrock Rd
Westerville, OH 43081

WHEATON COLLEGE BKSTR
WHEATON COLLEGE BOOKSTORE
501 COLLEGE AVE
WHEATON, IL 60187-5593

WISCONSIN ASSOC OF COLLEGS
UNIVERSITY BOOK STORE
MADISON, WI 53703

Wisconsin Dept of Revenue
Wisconsin Dept of Revenue
Box 930931
Milwaukee, WI 53293-0931