UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FOOTE, DENNIS B | § | Case No. 11-48134 |
| FOOTE, JEANNE M | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/08/2013 in Courtroom 4016,
DuPage County Courthouse
505 North County Farm Road
Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| FOOTE, DENNIS B | § | Case No. 11-48134 |
| FOOTE, JEANNE M | § § § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 18,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 18,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 2,550.00 | $ 0.00 | $ 2,550.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,550.00 |
| Remaining Balance | | $ | 15,450.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 16,384.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | Illinois Department of Revenue | $ 15,963.38 | $ 0.00 | $ 15,052.72 |
| 5A | Massachusetts Department of Revenue | $ 421.31 | $ 0.00 | $ 397.28 |
| | Total to be paid to priority creditors | | | $ 15,450.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 570,103.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ 12,634.89 | $ 0.00 | $ 0.00 |
| 2 | K & S Properties, Inc. | $ 63,894.65 | $ 0.00 | $ 0.00 |
| 4 | ITW AMP | $ 834.88 | $ 0.00 | $ 0.00 |
| 6 | Capital One, N.A. (USA) NA | $ 21,223.38 | $ 0.00 | $ 0.00 |
| 7 | American Express Bank, FSB | $ 23,636.44 | $ 0.00 | $ 0.00 |
| 8 | American Express Bank, FSB | $ 19,157.38 | $ 0.00 | $ 0.00 |
| 9 | American Express Bank, FSB | $ 1,038.46 | $ 0.00 | $ 0.00 |
| 10 | American Express Centurion Bank | $ 32,323.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | The Private Bank and Trust Co. | $ 395,041.63 | $ 0.00 | $ 0.00 |
| 12 | Advertising Specialty Institute | $ 317.92 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,087.49 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Illinois Department of Revenue | $ 1,938.84 | $ 0.00 | $ 0.00 |
| 5 | Massachusetts Department of Revenue | $ 148.65 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/ David R. Brown
David R. Brown, Trustee

*DAVID R. BROWN*

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                         Case No. 11-48134-DRC
Dennis B Foote                                                 Chapter 7
Jeanne M Foote
           Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 6                   Date Rcvd: Feb 14, 2013
                              Form ID: pdf006             Total Noticed: 257

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2013.
db/jdb        +Dennis B Foote,    Jeanne M Foote,    380 River Bluff Circle,     Naperville, IL 60540-5249
18113374      +1&1 INTERNET INC,    701 Lee Rd,    Suite 300,    CHESTERBROOK, PA 19087-5612
18113340      +4-S Security,    4-S Security,    7222 Bayberry Lane,    Darien, IL 60561-3708
18113375      +AAATEX CORP,    3280C SOUTH ATLANTIC AV. #50,     DAYTONA BEACH, FL 32118-6261
18113376      +ACE USA,    Dept. CH 14089,    Palatine, IL 60055-0001
18113377      +ADP Resources,    10200 Sunset Drive,    MIAMISBURG, FL 33173-3033
18113378      +ADP, INC.,    ADP, INC.,    100 NORTHWEST POINT BLVD,    ELK GROVE VILLAGE, IL 60007-1018
18113379       ADVANCED DISCOVERY,    ADVANCED DISCOVERY,     PO BOX 415018,    KANSAS CITY, MO 64141-5018
18113381      +ALE Solutions, Inc.,    One West Illinois St. Suite 300,      Saint Charles, IL 60174-2851
18113382      +ALLIANT INTERNATIONAL UNIVERSITY,     1 Beach Street,    San Francisco, CA 94133-1220
18113388       AMEX BUS. CAPITAL LINE,    P.O. Box 360001,     Fort Lauderdale, FL 33301
18113390       ARNSTEIN & LEHR,    120 S. RIVERSIDE PLAZA - SUITE 1200,     CHICAGO, IL 60606-3910
18113391       AT&T,    AT&T,   PO BOX 6463,    Carol STREAM, IL 60197-6463
18113392      +AURORA UNIVERSITY - COMMISSIONS,     AURORA UNIVERSITY Dunham Hall,     1400 Marseillaise Place,
                AURORA, IL 60506-4758
18113394      +AYOTTE DECKER LLC,    AYOTTE DECKERLLC,    1730 PARK STREET, SUITE 211,    NAPERVILLE, IL 60563-2689
19027080       Advertising Specialty Institute,    ASI,    4800 Street Road,    Trevose, PA 19053-6698
18113380      +Advertising Specialty Institute,    Bucks County Tech Park,     4800 Street Road,
                Trevose, PA 19053-6658
18113341       Advertising Specialty Institute,    Bucks County Technology Park,     4800 Street Road,
                Trevose, PA 19053-6698
18113383      +American Chartered Bank,    1199 E. Higgins Rd.,     Schaumburg, IL 60173-4711
18113342      #American Eagle,    1 S. Northwest Hwy 5th Floor,     Park Ridge, IL.60068-4240
18113384      +American Express,    c/o Becket and Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
18113343       American Express,    American Express,    Box 0001,    Los Angeles, CA 90096-8000
18113344       American Express,    American Express Blue,     Box 0001,   Los Angeles, CA 90096-8000
18113385      +American Express (MAX),    c/o Becket and Lee,     P.O. Box 3001,    Malvern, PA 19355-0701
18776957       American Express Bank, FSB,    c o Becket and Lee LLP,     POB 3001,   Malvern, PA 19355-0701
18113345       American Express Blue,    American Express Blue,     Box 0001,   Los Angeles, CA 90096-8000
18113386      +American Express Centurion Bank,     200 Vessey St,    New York, NY 10285-0002
18863373       American Express Centurion Bank,    c o Becket and Lee LLP,     POB 3001,   Malvern, PA 19355-0701
18113387      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18113393      +Avalara, Inc.,    435 Erickson Ave Ste 250,     Bainbridge Island, WA 98110-2876
18113404      +BARD'S PRODUCTS, INC.,    BARD'S PRODUCTS, INC,     1427 ARMOUR BLVD,    MUNDELEIN, IL 60060-4403
18113406      +BURR, PATTERSON & AULD,    HERFF JONES, INC.,     P.O. BOX 99292,    CHICAGO, IL 60693-9292
18113396       Bank Of America,    Business Card,    POBox 15796,    Wilmington, DE 19886-5796
18113397       Bank of America,    4060 Ogletown Stanton Rd,     Newark, DE 19713-3102
18113400      +Bank of America,    Corporate Headquarters,     100 N. Tyron St.,    Charlotte, NC 28255-0001
18113398      +Bank of America,    201 N. Tyron St.,    Charlotte, NC 28255-0001
18113399       Bank of America,    101 S. Tyron St. Ste 1000,     Charlotte, NC 28280-0010
18113401      +Bank of America N.A.,    NC4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
18113402       Bank of America, NA,    101 S. Tyron St.,    Charlotte, NC 28202
18113403      +Barczi Custom Homes,    P.O Box 721,    Naperville, IL 60566-0721
18113405      +Barney Rabin Company, Inc.,    Barney Rabin Company, Inc.,     215 Salem Street,
                Worburn, MA 01801-2097
18113413       CARTHAGE COLLEGE BOOKSTORE,    2001 Alford Park Drive,     Kenosha, WI 53140-1994
18113415      #+CHAMPION CONTAINER CORP,    430 WRIGHTWOOD,     ELMHURST, IL 60126-1016
18113426       CHICAGO OFFICE TECH.Group,    P.O. Box 5940,     Lock Box #: 20-COE-001,    CAROL STREAM, IL 60197
18113432      +COMPTROLLER OF MARYLAND,    COMPTROLLER OF MARYLAND,     REVENUE ADMINISTRATION DIVISION,
                ANNAPOLIS, MD 21411-0001
18113434      +COOPER, STORM, & PISCOPO,    117 S. Second Street,     P.O. Box 388,    GENEVA, IL 60134-0388
18113435      +COUNTY COURT REPORTERS, INC.,     County View Center Ste 200,     600 South County Farm Road,
                WHEATON, IL 60187-4560
18113407       California Assoc of College Stores,     P.O. Box 198580,    San Diego, CA 92159-9580
18113347      +Campus Images,    Campus Images,    P.O. Box 495,    Morrisville, NC 27560-0495
18113409       Capital One,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
18113408       Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
18113412      +Capital One Na,    Po Box 26625,    Richmond, VA 23261-6625
18767489       Capital One, N.A. (USA) NA,    By American InfoSource LP as agent,     PO Box 71083,
                Charlotte, NC  28272-1083
18113348      +Cardinal Glass Co.,    Cardinal Glass Co.,    P.O. Box 707,    Rockford, IL 61105-0707
18113414      +Cathy Neuhalfen,    740 Saratoga Circle,    Algonquin, IL 60102-6807
18113416       Chartpak, Inc.,    P.O. Box 847049,    Boston, MA 02284-7049
18113421      +Chase,    200 White Clay Center Drive,    Newark, DE 19711-5466
18113419      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18113422      +Chase,    800 Brooksedge,    Westerville, OH 43081-2822
18113417      +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
18113423       Chase Card Services,    Attn: Bankruptcy Department,     P.O. Box 15298,
                Wilmington, DE 19850-5298
18113424       Chase Home Finance LLC,    P.O. Box 24696,    Columbus, OH 43224-0696
18113425      +Chase Home Finance LLC Bankr. Dept.,     Mail Code TX1-2301,    2901 Kinwest Parkway,
                Irving, TX 75063-5815
18113427      +Chld/Cbna,    Po Box 5002,    Sioux Falls, SD 57117-5002
18113428       Cinncinati Insurance Company,    P.O. Box 14596,     Cincinnati, OH 45250-5496
```

```
District/off: 0752-1          User: mrahmoun              Page 2 of 6                   Date Rcvd: Feb 14, 2013
                              Form ID: pdf006             Total Noticed: 257


18113429     +Citibank,    399 Park Avenue,    New York, NY 10022-4699
18113430     +Citibank,    Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
18113349     +City of Batavia,    City of Batavia,    100 N. Island Avenue,    Batavia, IL 60510-1972
18113433      Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
18113436      Crescent Cardboard Co.,    Crescent Cardboard Co.,    35243 Eagle Way,    Chicago, IL 60678-1352
18113439      DOMINICAN UNIVERSITY - VENDOR,    7200 Division Street,    River Forest, IL 60305-1222
18113437     +Dave Handal,    112 Greene Ave,    Totoma, NJ 07512-1633
18113438      Discover Merchant,    Discover Network,    PO Box 52145,    Phoenix, AZ 85072-2145
18113440     +Douglas Drenk, Esq.,    619 S. Addison Rd,    Attorney at Law,    Addison, IL 60101-4655
18113441     +Dynamex,    Dynamex,    12837 Collections Center Drive,    Chicago, IL 60693-0128
18113442     +ESKO-GRAPHICS,    ESKO-GRAPHICS,    8535 GANDER CREEK DRIVE,    MIAMISBURG, OH 45342-5436
18113443     +Expo/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
18113444     +FAERMARK & WILLIAMS, LLC,    1900 S. Highland Ave Suite 100,    LOMBARD, IL 60148-4998
18113350      FEDEX,    FED EX FREIGHT,    DEPT CH PO BOX 10306,    PALATINE, IL 60055-0306
18113351      FEDEX NATIONAL LTL,    FEDEX NATIONAL LTL,    P.O. BOX 95001,    LAKELAND, FL 33804-5001
18113446      FIRST COMMUNICATIONS,    GLOBALCOM, INC,    P.O. BOX 71-5248,    COLUMBUS, OH 43271-5248
18113450      FLORIDA DEPARTMENT OF REVENUE,    FLORIDA DEPARTMENT OF REVENUE,    5050 W TENNESSEE ST,
               TALLAHASSEE, FL 32399-0120
18113452     +FOLLETT,    1818 Swift Drive,    OakBrook, IL 60523-1553
18113445      FedEx,    Federal Express,    P.O. Box 94515,    Palatine, IL 60094-4515
18113448     +First USA Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
18113447     +First Usa Bank,    2500 Westfield Dr,    Elgin, IL 60124-7836
18113449     +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1447
18113451      Florida Dept. of Revenue,    5050 West Tennessee St.,    Tallahassee, FL 32399-0100
18113352     +Framerica,    2 Todd Court,    P.O. Box 699,    Yaphank, NY 11980-0699
18113453      GE CAPITAL,    GE CAPITAL,    P.O. BOX 740423,    ATLANTA, GA 30374-0423
18113461     +GEORGE WILLIAMS COLLEGE,    Attn: Derek Diavria,    350 Constince Blvd.,
               WILLIAMS BAY, WI 53191-9547
18113463     +GROOT INDUSTRIES, INC.,    P.O. Box 309,    2500 Landmeier Rd.,    Elk Grove Village, IL 60007-2627
18113464     +HAMRIC & SHERIDAN,    HAMRIC & SHERIDAN,    11 WEST NELSON STREET,    Lexington Va 24450-2033
18113465     +HERFF JONES,    HERFF JONES,    P.O. BOX 99292,    CHICAGO, IL 60693-9292
18113466     +HOWARD UNIVERSITY,    HOWARD UNIVERSITY SERVICE CENTER,    2244 10TH ST NW SUITE 401,
               WASHINGTON, DC 20059-0001
18113468     +HSBC Bank USA NA,    1800 Tysons Blvd.,    Mc Lean, VA 22102-4257
18113469     +HSBC Finance Corp.,    26525 N. Riverwoods Blvd.,    Mettawa, IL 60045-3438
18113470      HSBC North America,    26525 North Riverwoods Blvd,    4 North East,    Mettawa, IL 60045
18113354     +Hayes Manufacturing Group,    Hayes Manufacturing Group,    91218 COLLECTION CENTER DRIVE,
               CHICAGO, IL 60693-0912
18113467     +Hsbc Bank,    2929 Walden Ave,    Depew, NY 14043-2690
18113471     +Hsbc/Brgnr,    Po Box 15521,    Wilmington, DE 19850-5521
18113472     +IL Dept Employment Security,    Benefit Payment Control Division,    PO Box 4385,
               Chicago, IL 60680-4385
18113473      ILLINOIS ASSOC OF COLLEGE STORES,    STA.A-P.O. Box 2245,    CHAMPAIN, IL 61825
18113475     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Dept. of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph,    Chicago, IL 60101)
18113478     +INNER SECURITY SYSTEMS, INC.,    INNER SECURITY SYSEMS, INC.,    418 TREASURE DRIVE,
               OSWEGO, IL 60543-7936
18113339      ITW AMP,    ITW AMP,    P.O. BOX 95495,    CHICAGO, IL 60694-5495
18697767     +ITW AMP,    888 Forest Edge Dr,    Vernon Hills, IL 60061-3105
18113481     +IX INTERNATIONAL,    13061 NW 43rd Ave,    Ops-Locka, Fl 33054-4425
18113476      Illinois Dept. of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
18113474      Illinois Dept. of Revenue,    IL DEPARTMENT OF REVENUE,    PO BOX 19006,
               SPRINGFIELD, IL 62794-9006
18113479      Intergold LTD. - OLD,    Intergold LTD.,    4908 52th St. SE,    Calgary, AB T2B3R2
18113482     +JANI-KING,    OPP. FRANCHISING, INC.,    1701 E. Woodfield Rd. #1100,    SCHAUMBURG, IL 60173-5156
18113484     +JOHN GALT BINDERY,    800 E. 8th Street,    NEW ALBANY, IN 47150-3264
18113486      JOSTENS,    Jostens,    6311 Centre St. South,    Calgary, AB T2H 0C7
18113487     +JUDSON UNIVERSITY,    Registrar's Office,    1151 North State Street,    ELGIN, IL 60123-1404
18113485     +John Konitzer,    406 Scott Street,    Algonquin, IL 60102-2864
18113489     +K & S Properties, Inc.,    1888 Fabyan Parkway,    Batavia, IL 60510-1573
18113488     +K & S Properties, Inc.,    K & S Properties, Inc.,    1888 E. Fabyan Parkway,
               Batavia, IL 60510-1573
18113490     +Kane County Treasurer,    P.O. Box 4025,    Geneva, IL 60134-4025
18113491     +Kean University,    KEAN,    1000 Morris Ave,    Union, NJ 07083-7131
18113492     +Keybank Na,    Po Box 94825,    Cleveland, OH 44101-4825
18113493     +L. Stephen Pfleger, LTD.,    L. Stephen Pfleger, LTD.,    12620 Native Dancer Place,
               North Potomac, MD 20878-3708
18113494     +LANDMARK PUBLISHING CORP,    651 PARK VILLAGE DR,    ATLANTA, GA 30306-4451
18113495     +Larson-Juhl (ATL),    Larson Juhl,    3900 Steve Reynolds Blvd,    NORCROSS, GA 30093-3090
18113496     +Licensing Resource Group, LLC,    Licensing Resource Group, LLC,    442 Century Lane Suite 100,
               Holland, MI 49423-4294
18113497     +Licensing Resource Group, LLC,    Attn: Gene Wandling,    2570 Holiday Road, Suite 250,
               Coralville, IA 52241-3037
18113501     +MARQUETTE SPIRIT SHOP,    Alumni Memorial Union,    1442 W. Wisconsin Ave,
               MILWAUKEE, WI 53233-2238
18113504      MASSACHUSETTS DEPART REVENUE,    PO BOX 7065,    BOSTON, MA 02204-7065
18113357      MBNA America,    Business Card,    P.O. Box 15469,    Wilmington, DE 19850-5469
18113506     +MILES KEDEX COMPANY, INC.,    MILES KEDEX COMPANY, INC.,    1 ROWTIER DR.,
               WESTMINSTER, MA 01473-1675
```

```
District/off: 0752-1          User: mrahmoun              Page 3 of 6           Date Rcvd: Feb 14, 2013
                              Form ID: pdf006             Total Noticed: 257

18113507      MILLERSVILLE UNIVERSITY STORE,    STUDENT SERVICES INC.,    MILLERSVILLE, PA 17551
18113509     +MONTCLAIR UNIVERSITY,    MONTCLAIR,    1 Normal Ave,    Montclair, NJ 07043-1699
18113498     +Main Marine & Ski, Inc.,    1101 Maine Street,    Racine, WI 53402-4999
18113499      Maine Revenue Service,    P.O. Box 1065,    Augusta, ME 04332-1065
18113500     +Marist College,    3399 North Road,    Poughkeepsie, NY 12601-1387
18113503     +Maryagnes Dixon,    380 River Bluff Circle,    Naperville, IL 60540-5249
18729095     +Massachusetts Department of Revenue,    Bankruptcy Unit,    P.O Box 9564,    Boston, MA 02114-9564
18113505     +Midwestern University,    Midwestern University,    555 31st Street,    Downers Grove, IL 60515-1235
18113358     +Mikkelsen Grahic Engineering,    Mikkelsen Grahic Engineering,    801 Geneva Parkway,
               Lake Geneva, WI 53147-4562
18113508      Mincer's,    Mincer's,    1527 University Avenue,    Charlottesville, VA 22903-2636
18113510     +NATIONAL ASSOC OF COLLEGE STORES,    500 East Lorain St.,    OBERLIN, OH 44074-1294
18113512     +NATIONAL UNIVERSITY,    National University,    2182 Corte Mango,    Carlsbad, CA 92009-9019
18113513     +NECO,    NECO,    424 Beacon Street,    Boston, MA 02115-1129
18113514      NEW YORK STATE,    NYS ASSESSMENT RECEIVABLES,    PO BOX 4127,    BINGHAMTON, NY 13902-4127
18113516      NY Dept. of Taxation and Finance,    Coll & Civil Enforcement Division,    WA Harriman Campus,
               Albany, NY 12227-0001
18113511     #National Recognition Products,    150 Kingswood Rd.,    P.O. Box 8725,    Mankato, MN 56002-8725
18113517     +Oak Hall,    P.O. Box 1078,    840 Union St.,    Salem, VA 24153-5121
18113518      Office Depot,    Office Depot,    P.O. Box 689020,    Des Moines, IA 50368-9020
18113360     +Office Max,    Office Max,    P.O. Box 30292,    Salt Lake City, UT 84130-0292
18113361     +Omega Moulding Co.,    Omega Moulding Co.,    1 Saw Grass Drive,    Bellport, NY 11713-1547
18113519     +PA Department of Revenue,    Attn Rick Wise,    15 W. 3rd Street,    Greensburg, PA 15601-3097
18113520      PARTNER SHIP,    PARTNER SHIP,    500 E. LORAIN STREET,    OBERLIN, OH 44074-1294
18113521      PAYCHEX,    PAYCHEX,    4300 WEAVER OARKWAY SUITE #100,    WARRENVILLE, IL 60555
18113522     +PLANNED INTERGRAPHICS,    Printing Services,    P.O. Box 163,    SOUTH ELGIN, IL 60177-0163
18113362     +PLASTIC PLUS AWARDS,    PLASTIC PLUS AWARDS,    4321 Equipment Drive,    Charlotte, NC 28269-5028
18113524     +PREMIER PACKAGING,    PREMIER PACKAGING,    3254 RELIABLE PARKWAY,    CHICAGO, IL 60686-0032
18113526     +PRINCE GEORGES C.C.,    PRINCE GEORGES C.C.,    301 LARGO ROAD,    Largo, MD 20774-2199
18113364     +PRO SPECIALTIES GROUP,    Pro Specialties Group,    4863 Shawline St. Suite D,
               San Diego, CA 92111-1435
18113523     +Plastic Dress-Up,    11077 Rush Street,    P.O. Box 3897,    SOUTH EL MONTE, CA 91733-0897
18113363     +Platinum Plus for Business,    Platinum Plus for Business,    P.O. Box 15469,
               Wilmington, DE 19850-5469
18113525     +Pride Sash,    PRIDE SASH,    3341 Jack Northrop Ave,    Hawthorne, CA 90250-4426
18113527     +Private Bank,    The Private Bank,    501 West State Street Suite 101,    Geneva, IL 60134-2149
18113528     +RAMAPO COLLEGE,    Campus Store,    505 Ramapo Valley Rd,    Mahwah, NJ 07430-1623
18113529    #+REGISTERED AGENT SOLUTIONS INC.,    REGISTERED AGENT SOLUTIONS, INC.,
               515 CONGRESS AVENUE STE 2300,    AUSTIN, TX 78701-3560
18113533     +RJ CONSTRUCTION SUPPLY COMPANY, INC.,    1567 Frontenac Road,    NAPERVILLE, IL 60563-1754
18113535     +ROSS UNIVERSITY,    ROSS,    630 US 1,    North Brunswick Township, NJ 08902-3395
18113530      Reid & Mo Olson,    3408 RFD,    Long Grove, IL 60047-8377
18113531     +Reliable Container Inc,    Reliable Container Inc,    210 South Addison Rd,
               Addison, IL 60101-3880
18113532     +Reliant Data Processing,    Reliant Data Processing,    197 Alder Drive,
               North Aurora, IL 60542-1471
18113365     +Resource One,    P.O. Box 267,    Hagaman, NY 12086-0267
18113534     +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
18113536     +SAINT PETERS,    SAINT PETERS,    2641 John F Kennedy Blvd,    Jersey City, NJ 07306-5997
18113537     +SALISBURY UNIVERSITY BOOKSTORE,    SALISBURY UNIVERSITY BOOKSTORE,    1101 CAMDEN AVE,
               SALISBURY, MD 21801-6860
18113540     +SENTINEL,    SENTINEL TECHNOLOGIES, INC.,    6092 PAYSPHERE CIRCLE,    CHICAGO, IL 60674-0060
18113541      SETON HALL UNIVERSITY,    Dept. for Community Development,    SOUTH ORANGE, NJ 07079
18113545     +SHIPPENSBURG UNIVERSITY,    SHIPPENSBURG,    Ceddia Union Building,    Shippensburg, PA 17257
18113546     +SIGNS BY TOMORROW,    SIGNS BY TOMORROW,    110 RIDGE AVE,    BLOOMINGDALE, IL 60108-1209
18113547     +SKYLINE,    SKYLINE TRADETEC,    1136 N GARFIELD STREET,    LOMBARD, IL 60148-1336
18113548     +ST REGIS,    ST REGIS,    60 INDUSTRIAL PARKWAY #199,    CHEEKTOWAGA, NY 14227-2774
18113549     +ST01 Studio Moulding,    Studio Moulding,    1315 E. Watson Ctr. Rd.,    Carson, CA 90745-4304
18113551     +SWARTHMORE,    SWARTHMORE,    500 College Ave,    Swarthmore, PA 19081-1390
18113538     +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
18113539      Secretary of State,    Dept. of Business Services,    501 S. 2nd Street,
               Springfield, IL 62756-5510
18113542      Shell Fleet,    P.O. Box 183019,    Columbus, OH 43218-3019
18113543      Shippensburg - Commissions,    University Store,    Ceddia Union Building,    Shippensburg, PA 17257
18113544     +Shippensburg - Royalties,    University Licensing Program,    1871 Old Main Drive, Box 35,
               Shippensburg, PA 17257-2200
18113366     +Stamar Packaging, Inc.,    Stamar Packaging, Inc.,    P.O. BOX 1157,    BEDFORD PARK, IL 60499-1157
18113550     +Steve Pfleger,    12620 Native Dancer Place,    North Potomac, MD 20878-3708
18113558      TD Auto Finance,    PO Box 9001888,    Louisville, KY 40290-1888
18113561     +THEOPHANY STAFFING, INC.,    THEOPHANY STAFFING, INC.,    1601 BOND SUITE 106,
               NAPERVILLE, IL 60563-0114
18113564     +TOWSON UNIVERSITY,    University Union Building,    8000 York Rd,    TOWSON, MA 21252-0001
18113552     +Target,    Bankruptcy Dept.,    P.O. Box 1327,    Minneapolis, MN 55440-1327
18113554     +Target National Bank,    BK Notice,    3701 Wayzata Blvd. MS-3CG,    Minneapolis, MN 55416-3401
18113553      Target National Bank,    3901 W. 53rd Street,    Sioux Falls, SD 57106-4221
18113555     +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
18113557     +Target Visa,    P.O. Box 660170,    Dallas, TX 75266-0170
18113367     #The Hartford,    The Hartford,    P.O. Box 2907,    Hartford, CT 06104-2907
19019071     +The Private Bank and Trust Co.,    Malecki & Tasch LLC,    903 Commerce Dr Ste 160,
               Oak Brook, IL 60523-8830
```

```
District/off: 0752-1          User: mrahmoun              Page 4 of 6                  Date Rcvd: Feb 14, 2013
                              Form ID: pdf006             Total Noticed: 257

18113560     +The PrivateBank and Trust Company,    70 West Madison,    Suite 200,    Chicago, IL 60602-4218
18113562     +Timothy Guy Smith,    2480 Rt 97 Suite 7,    Glenwood, Maryland 21738-9718
18113563     +Tom Eklund,    3157 Autumn Woods Dr.,    Charlottesville, VA 22911-7213
18113565     +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
18113566     +Toyota Motor Credit,    1111 W. 22nd St. #420,    Oak Brook, IL 60523-1959
18113568      Treasurer Commonwealth of VA,    DGS Fiscal Services,    P.O. Box 562,    RICHMOND, VA 23218-0562
18113570     +Tropp & Company Inc.,    National Service Center,    P.O. Box 529,    Mendota, IL 61342-0529
18113572     +UNION,    807 UNION STREET,    SCHENECTADY, NY 12308-3107
18113578     +UNIVERSITY OF MARYLAND,    COLLEGE PARK,    COLLEGE PARK, MD 20742-0001
18113579     +UNIVERSITY OF VA ALUMNI ASC.,    UNIVERSITY OF VA ALUMNI ASC.,    PO BOX 400314,
                CHARLOTTESVILLE, VA 22904-4314
18113581      UNIVERSITY STORE,    UNIVERSITY STORE,    CEDDIA UNION BUILDING,    SHIPPENSBURG, PA 17257
18113582      UPS FREIGHT,    UPS FREIGHT,    28013 NETWORK PLACE,    CHICAGO, IL 60673-1280
18113368    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank N.A.,     U.S. Bank NA,    P.O. Box 790117,
                St. Louis, MO 63179-0117)
18113583      US BANK,    MANIFEST FUNDING SERVICES,    P.O. BOX 790448,    ST. LOUIS, MO 63179-0448
18113370      USPS POST OFFICE - WEST CHIC,    WEST CHICAGO POST OFFICE,    1130 W WASHINGTON ST,
                WEST CHICAGO, IL 60185-2622
18113573     +United Mfrs. Supplies, Inc.,    United Mfrs. Supplies, Inc.,    P.O. Box 857,
                Syosset, NY 11791-0857
18113574      United Parcel Service,    United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
18113576     +University of Chicago,    Office of Legal Counsel,    5801 S. Ellis Ave,    Chicago, IL 60637-1546
18113577     +University of Chicago Booksstore,    University of Chicago Booksstore,    970 E 58th Street,
                Chicago, IL 60637-1432
18113580      University of Wisconsin,    Bursar Office - SS1700,    2420 Nicolet Drive,
                Green Bay, WI 54311-7001
18113584     +VALLEY LOCK CO., INC.,    VALLEY LOCK CO., INC.,    1450 WEST MAIN STREET STE. B,
                ST CHARLES, IL 60174-1679
18113585     +WALLEN STICHES,    WALLEN STICHES,    1101 16th Street,    COLUMBUS, IN 47201-5651
18113586      WASHINGTON AND LEE,    ELROD COMMONS,    LEXINGTON, VA 24450
18113588     +WESTERN ILLINOIS UNIVERSITY,    212 SHERMAN HALL,    1 University Circle,    MACOMB, IL 61455-1367
18113589     +WFNNB,    3100 Easton Square Place,    Columbus, OH 43219-6232
18113590      WFNNB, Bankr. Dept.,    P.O. Box 182125,    Columbus, OH 43218-2125
18113591     +WFNNB-ANP,    WFNNB-ANP,    P.O. Box 659704,    San Antonio, TX 78265-9704
18113595      WHEATON COLLEGE BKSTR,    WHEATON COLLEGE BOOKSTORE,    501 COLLEGE AVE,    WHEATON, IL 60187-5593
18113596      WISCONSIN ASSOC OF COLLEGE STORES,    UNIVERSITY BOOK STORE,    MADISON, WI 53703
18113371     +Wells Fargo Financial Leasing,    Wells Fargo Financial Leasing,    P.O. Box 39345,
                Edina, MN 55439-0345
18113587     +West Suburban Bank,    711 S Westmore Ave,    Lombard, IL 60148-3770
18113372     +Westfield Insurance Companies,    Westfield Insurance Companies,    P.O. Box 94595,
                Cleveland, OH 44101-4595
18113592     +Wfnnb/Express,    4590 E Broad St,    Columbus, OH 43213-1301
18113593     +Wfnnb/Lane Bryant,    4590 E Broad St,    Columbus, OH 43213-1301
18113594     +Wfnnb/Victorias Secret,    220 W Schrock Rd,    Westerville, OH 43081-2873
18113597      Wisconsin Dept of Revenue,    Wisconsin Dept of Revenue,    Box 930931,    Milwaukee, WI 53293-0931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18113389     +E-mail/Text: bmccullough@ami.net Feb 15 2013 03:19:27     AMI COMMUNICATIONS, INC.,
                AMI COMMUNICATIONS, INC.,    1892 E. FABYAN PKWY,    BATAVIA, IL 60510-1498
18641247      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2013 02:37:30
                American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
18113410     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2013 02:40:41     Capital One,
                c/o American Infosource,    P.O. Box 54529,    Oklahoma City, OK 73154-1529
18113418     +E-mail/Text: bk.notifications@jpmchase.com Feb 15 2013 01:47:01     Chase,    Po Box 901076,
                Ft Worth, TX 76101-2076
18113431     +E-mail/Text: mdrucker@clc.com Feb 15 2013 02:33:36     Collegiate Licensing Company,
                Attn: Royalty Accounting Dept.,    290 Interstate North Circle, Suite,    Atlanta, GA 30339-2401
18113454     +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2013 01:57:39     GE Capital Consumer Finance,
                U.S. Headquarters,    1600 Summer Street Fifth Floor,    Stamford, CT 06905-5125
18113455      E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2013 01:57:39     GE Money Bank,    P.O. Box 981426,
                El Paso, TX 79998-1426
18113353      E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2013 02:14:30     GE Money Bank,    GE Money Bank,
                P.O. Box 960061,    Orlando, FL 32896-0061
18113456     +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2013 01:52:44     GE Money Bank attn Bankruptcy dept.,
                P.O. Box 103104,    Roswell, GA 30076-9104
18113462      E-mail/Text: scd_bankruptcynotices@grainger.com Feb 15 2013 02:53:51     GRAINGER,    GRAINGER,
                DEPT. 840996060,    PALATINE, IL 60038-0001
18113457     +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2013 01:57:39     Gecrb/Home Dsgn Ce/App,
                Po Box 981439,    El Paso, TX 79998-1439
18113458     +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2013 01:57:39     Gecrb/Sony,    Po Box 981439,
                El Paso, TX 79998-1439
18113459     +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2013 01:52:44     Gecrb/Thomasville,    Po Box 981439,
                El Paso, TX 79998-1439
18113460     +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2013 01:52:46     Gecrb/Tweeter,    Po Box 981439,
                El Paso, TX 79998-1439
18113477      E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Feb 15 2013 02:19:46
                INDIANA DEPT. OF REVENUE,    INDIANA DEPT. OF REVENUE,    PO BOX 1028,
                INDIANAPOLIS, IN 46206-1028
```

```
District/off: 0752-1           User: mrahmoun              Page 5 of 6                   Date Rcvd: Feb 14, 2013
                               Form ID: pdf006             Total Noticed: 257
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18113480      E-mail/Text: cio.bncmail@irs.gov Feb 15 2013 01:40:20      Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346.
18113483     +E-mail/Text: ebnsterling@weltman.com Feb 15 2013 01:46:42       Jared-Galleria Of Jwlr,
               375 Ghent Rd,   Fairlawn, OH 44333-4601
18113502     +E-mail/Text: mtasch@maleckitasch.com Feb 15 2013 03:17:18       Martin Tasch,
               Lebow, Malecki & Tasch,   903 Commerce Drive Ste 160,   Oak Brook, IL 60523-8830
18113515      E-mail/Text: gtullio@nbframing.com Feb 15 2013 02:07:13       Nielsen &  Bainbridge,
               Nielsen Bainbridge,   2577 Reliable Parkway,   Chicago, IL 60686-0025
18113571     +E-mail/Text: ssears@ucsd.edu Feb 15 2013 02:31:11      UCSD BOOKSTORE,
               University of Cal, San Diego,   9500 Gilman Drive,   La Jolla, CA 92093-5004
18113369     +E-mail/Text: ulinecollections@uline.com Feb 15 2013 03:20:22       ULINE Shipping Supply,
               Attn: Accounts Rec.,   2200 S. Lakeside Drive,   Waukegan, IL 60085-8361
18113575     +E-mail/Text: UCSD-OOC-EBN@ucsd.edu Feb 15 2013 02:33:33       UNIVERSITY CALIFORNIA S.D.,
               9500 GILMAN DRIVE,   LA JOLLA, CA 92093-5004
18113373     +E-mail/Text: vanessa.adams@xerox.com Feb 15 2013 02:30:41       Xerox Corp.,   Xerox Corp.,
               P.O. Box 802555,   Chicago, IL 60680-2555
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18776958*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18776959*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18113420*      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
18674971*      Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
18113556*    +Target NB,   P.O. Box 673,   Minneapolis, MN 55440-0673
18113346    ##+ASAP INC,   ASAP, Inc,   18730 Oxnard St #206,   Tarzana, CA 91356-5963
18113395    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
18113411    ##+Capital One,   P.O. Box 85520,   15000 Capital One Drive,   Richmond, VA 23238-1119
18113355     ##Illinois Dept. Employment Security,   P.O. Box 803414,   Chicago, IL 60680-3414
18113356    ##+Larsen Packaging Products, Inc.,   120 Internationale Blvd.,   Glendale Heights, IL 60139-2094
18113359    ##+Nurre Caxton,   Nurre Caxton,   4615 N.W. 103rd Avenue,   Sunrise, FL 33351-7920
18113559    ##+TENFAB DESIGNS, LLC,   TENFAB DESIGNS, LLC,   829 CHICAGO AVE,   EVANSTON, IL 60202-2307
18113567     ##TRANSWORLD SYSTEM,   TRANSWORLD SYSTEM,   P.O. BOX 14010,   SANTA ROSA, CA 95402-6010
18113569    ##+TRIMSTYLES,   Trimstyles Inc,   295 N Michigan Ave,   Kenilworth, NJ 07033-1270
                                                                                         TOTALS: 0, * 5, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2013**                        **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1           User: mrahmoun              Page 6 of 6                  Date Rcvd: Feb 14, 2013
                               Form ID: pdf006            Total Noticed: 257
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2013 at the address(es) listed below:

```
          David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          Diane Brazen Gordon    on behalf of Debtor Dennis B Foote diane@brazengordon.com,
           dgordon33@hotmail.com
          Diane Brazen Gordon    on behalf of Joint Debtor Jeanne M Foote diane@brazengordon.com,
           dgordon33@hotmail.com
          Martin D. Tasch    on behalf of Creditor    Private Bank and Trust Company mtasch@taschlaw.com
          Michael A O'Brien    on behalf of Creditor    K & S Properties, Inc. mobrien@obrienlawoffices.com,
           pdunne@obrienlawoffices.com
          Monette W Cope    on behalf of Creditor    KEYBANK, N.A. ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          William M Tasch    on behalf of Creditor    Private Bank and Trust Company wtasch@lmtlaw.com
                                                                                              TOTAL: 8
```