# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                   §
                                         §
DENNIS B FOOTE                           §        Case No. 11-48134
JEANNE M FOOTE                           §
                                         §
            Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN               , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN _____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 901039 Fort Worth, TX 76101 | | | | | |
| | Hsbc Bank 2929 Walden Ave Depew, NY 14043 | | | | | |
| | Keybank Na Po Box 94825 Cleveland, OH 44101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Private Bank The Private Bank 501 West State Street Suite 101 Geneva, IL 60134 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| International Sureties, Ltd. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COMPTROLLER OF MARYLAND COMPTROLLER OF MARYLAND REVENUE ADMINISTRATION DIVISION ANNAPOLIS, MD 21411 | | | | | |
| | FLORIDA DEPARTMENT OF REVENUE FLORIDA DEPARTMENT OF REVENUE 5050 W TENNESSEE ST TALLAHASSEE, FL 32399-0120 | | | | | |
| | Florida Dept. of Revenue 5050 West Tennessee St. Tallahassee, FL 32399-0100 | | | | | |
| | IL Dept Employment Security Benefit Payment Control Division PO Box 4385 Chicago, IL 60680 | | | | | |
| | Illinois Dept. of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Chicago, IL 60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept. of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Chicago, IL 60101 | | | | | |
| | Illinois Dept. of Revenue IL DEPARTMENT OF REVENUE PO BOX 19006 SPRINGFIELD, IL 62794-9006 | | | | | |
| | INDIANA DEPT. OF REVENUE INDIANA DEPT. OF REVENUE PO BOX 1028 INDIANAPOLIS, IN 46206-1028 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Kane County Treasurer P.O. Box 4025 Geneva, IL 60134 | | | | | |
| | Maine Revenue Service P.O. Box 1065 Augusta, ME 04332-1065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MASSACHUSETTS DEPART REVENUE PO BOX 7065 BOSTON, MA 02204-7065 | | | | | |
| | NEW YORK STATE NYS ASSESSMENT RECEIVABLES PO BOX 4127 BINGHAMTON, NY 13902-4127 | | | | | |
| | NY Dept. of Taxation and Finance Coll & Civil Enforecement Division WA Harriman Campus Albany, NY 12227-0001 | | | | | |
| | PA Department of Revenue Attn Rick Wise 15 W. 3rd Street Greensburg, PA 15601 | | | | | |
| | Treasurer Commonwealth of VA DGS Fiscal Services P.O. Box 562 RICHMOND, VA 23218-0562 | | | | | |
| | Wisconsin Dept of Revenue Wisconsin Dept of Revenue Box 930931 Milwaukee, WI 53293-0931 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 5A | MASSACHUSETTS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1&1 INTERNET INC 701 Lee Rd Suite 300 CHESTERBROOK, PA 19087 | | | | | |
| | 4-S Security 4-S Security 7222 Bayberry Lane Darien, IL 60561 | | | | | |
| | AAATEX CORP 3280C SOUTH ATLANTIC AV. #50 DAYTONA BEACH, FL 32118 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACE USA Dept. CH 14089 Palatine, IL 60055 | | | | | |
| | ADP Resources 10200 Sunset Drive MIAMISBURG, FL 33173 | | | | | |
| | ADP, INC. ADP, INC. 100 NORTHWEST POINT BLVD ELK GROVE VILLAGE, IL 06000-7101 | | | | | |
| | ADVANCED DISCOVERY ADVANCED DISCOVERY PO BOX 415018 KANSAS CITY, MO 64141-5018 | | | | | |
| | Advertising Specialty Institute Bucks County Tech Park 4800 Street Road Trevose, PA 19053 | | | | | |
| | Advertising Specialty Institute Bucks County Technology Park 4800 Street Road Trevose, PA 19053-6698 | | | | | |
| | ALLIANT INTERNATIONAL UNIVERSITY 1 Beach Street San Francisco, CA 94133 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank 1199 E. Higgins Rd. Schaumburg, IL 60173 | | | | | |
| | American Eagle 1 S. Northwest Hwy 5th Floor Park Ridge, IL.60068-4240 | | | | | |
| | American Express American Express Blue Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | American Express American Express Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | American Express Blue American Express Blue Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | AMEX BUS. CAPITAL LINE P.O. Box 360001 Fort Lauderdale, FL 33301 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | AMI COMMUNICATIONS, INC. AMI COMMUNICATIONS, INC. 1892 E. FABYAN PKWY BATAVIA, IL 60510 | | | | | |
| | ARNSTEIN & LEHR 120 S. RIVERSIDE PLAZA - SUITE 1200 CHICAGO, IL 60606-3910 | | | | | |
| | ASAP INC ASAP, Inc 18730 Oxnard St #206 Tarzana, CA 91356 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T AT&T PO BOX 6463 Carol STREAM, IL 60197-6463 | | | | | |
| | AURORA UNIVERSITY - COMMISSIONS AURORA UNIVERSITY Dunham Hall 1400 Marseillaise Place AURORA, IL 60506 | | | | | |
| | Avalara, Inc. 435 Erickson Ave Ste 250 Bainbridge Island, WA.98110 | | | | | |
| | AYOTTE DECKER LLC AYOTTE DECKERLLC 1730 PARK STREET, SUITE 211 NAPERVILLE, IL 60563 | | | | | |
| | Bank Of America Business Card POBox 15796 Wilmington, DE 19886-5796 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Barczi Custom Homes P.O Box 721 Naperville, IL 60566 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BARD'S PRODUCTS, INC. BARD'S PRODUCTS, INC 1427 ARMOUR BLVD MUNDELEIN, IL 60060 | | | | | |
| | Barney Rabin Company, Inc. Barney Rabin Company, Inc. 215 Salem Street Worburn, MA 01801 | | | | | |
| | BURR, PATTERSON & AULD HERFF JONES, INC. P.O. BOX 99292 CHICAGO, IL 60693 | | | | | |
| | California Assoc of College Stores P.O. Box 198580 San Diego, CA 92159-9580 | | | | | |
| | Campus Images Campus Images P.O. Box  495 Morrisville, NC 27560 | | | | | |
| | Capital One Na Po Box 26625 Richmond, VA 23261 | | | | | |
| | Cardinal Glass Co. Cardinal Glass Co. P.O. Box 707 Rockford, IL 61105 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CARTHAGE COLLEGE BOOKSTORE 2001 Alford Park Drive Kenosha, WI 53140-1994 | | | | | |
| | Cathy Neuhalfen 740 Saratoga Circle Algonquin, IL 60102 | | | | | |
| | CHAMPION CONTAINER CORP 430 WRIGHTWOOD ELMHURST, IL 60126 | | | | | |
| | Chartpak, Inc. P.O. Box 847049 Boston, MA 02284-7049 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 901076 Ft Worth, TX 76101 | | | | | |
| | CHICAGO OFFICE TECH.Group P.O. Box 5940 Lock Box #: 20-COE-001 CAROL STREAM, IL 60197 | | | | | |
| | Chld/Cbna Po Box 5002 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cinncinati Insurance Company P.O. Box 14596 Cincinnati, OH 45250-5496 | | | | | |
| | City of Batavia City of Batavia 100 N. Island Avenue Batavia, IL 60510 | | | | | |
| | Collegiate Licensing Company Attn: Royalty Accounting Dept. 290 Interstate North Circle, Suite Atlanta, GA 30339 | | | | | |
| | Consecofin 345 St Peter/900 Landmk Saint Paul, MN 55102 | | | | | |
| | COOPER, STORM, & PISCOPO 117 S. Second Street P.O. Box 388 GENEVA, IL 60134 | | | | | |
| | COUNTY COURT REPORTERS, INC. County View Center Ste 200 600 South County Farm Road WHEATON, IL 60187 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crescent Cardboard Co. Crescent Cardboard Co. 35243 Eagle Way Chicago, IL 60678-1352 | | | | | |
| | Dave Handal 112 Greene Ave Totoma, NJ 07512 | | | | | |
| | Discover Merchant Discover Network PO Box 52145 Phoenix, AZ 85072-2145 | | | | | |
| | DOMINICAN UNIVERSITY - VENDOR 7200 Division Street River Forest, IL 60305-1222 | | | | | |
| | Douglas Drenk, Esq. 619 S. Addison Rd Attorney at Law Addison, IL 60101 | | | | | |
| | Dynamex Dynamex 12837 Collections Center Drive Chicago, IL 60693 | | | | | |
| | ESKO-GRAPHICS ESKO-GRAPHICS 8535 GANDER CREEK DRIVE MIAMISBURG, OH 45342 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Expo/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | FAERMARK & WILLIAMS, LLC 1900 S. Highland Ave Suite 100 LOMBARD, IL 60148 | | | | | |
| | FEDEX FED EX FREIGHT DEPT CH PO BOX 10306 PALATINE, IL 60055-0306 | | | | | |
| | FedEx Federal Express P.O. Box 94515 Palatine, IL 60094-4515 | | | | | |
| | FEDEX NATIONAL LTL FEDEX NATIONAL LTL P.O. BOX 95001 LAKELAND, FL 33804-5001 | | | | | |
| | FIRST COMMUNICATIONS GLOBALCOM, INC P.O. BOX 71-5248 COLUMBUS, OH 43271-5248 | | | | | |
| | First Usa Bank 2500 Westfield Dr Elgin, IL 60124 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Usa Bank N A 1001 Jefferson Plaza Wilmington, DE 19701 | | | | | |
| | FOLLETT 1818 Swift Drive OakBrook, IL 60523 | | | | | |
| | Framerica 2 Todd Court P.O. Box 699 Yaphank, NY 11980 | | | | | |
| | GE CAPITAL GE CAPITAL P.O. BOX 740423 ATLANTA, GA 30374-0423 | | | | | |
| | GE Money Bank GE Money Bank P.O. Box 960061 Orlando, FL 32896-0061 | | | | | |
| | Gecrb/Home Dsgn Ce/App Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gecrb/Sony Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gecrb/Thomasville Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gecrb/Tweeter Po Box 981439 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEORGE WILLIAMS COLLEGE Attn:  Derek Diavria 350 Constince Blvd. WILLIAMS BAY, WI 53191 | | | | | |
| | GRAINGER GRAINGER DEPT. 840996060 PALATINE, IL 60038-0001 | | | | | |
| | GROOT INDUSTRIES, INC. P.O. Box 309 2500 Landmeier Rd. Elk Grove Village, IL 60007 | | | | | |
| | HAMRIC & SHERIDAN HAMRIC & SHERIDAN 11 WEST NELSON STREET Lexington Va 24450-0000 | | | | | |
| | Hayes Manufacturing Group Hayes Manufacturing Group 91218 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | | | | | |
| | HERFF JONES HERFF JONES P.O. BOX 99292 CHICAGO, IL 60693 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HOWARD UNIVERSITY HOWARD UNIVERSITY SERVICE CENTER 2244 10TH ST NW SUITE 401 WASHINGTON, DC 20059 | | | | | |
| | Hsbc/Brgnr Po Box 15521 Wilmington, DE 19805 | | | | | |
| | ILLINOIS ASSOC OF COLLEGE STORES STA.A-P.O. Box 2245 CHAMPAIN, IL 61825 | | | | | |
| | Illinois Dept. Employment Security P.O. Box 803414 Chicago, IL 60680-3414 | | | | | |
| | INNER SECURITY SYSTEMS, INC. INNER SECURITY SYSEMS, INC. 418 TREASURE DRIVE OSWEGO, IL 60543 | | | | | |
| | Intergold LTD. - OLD Intergold LTD. 4908 52th St. SE Calgary, AB T2B3R2 | | | | | |
| | ITW AMP ITW AMP P.O. BOX 95495 CHICAGO, IL 60694-5495 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IX INTERNATIONAL 13061 NW 43rd Ave Ops-Locka, Fl 33054 | | | | | |
| | JANI-KING OPP. FRANCHISING, INC. 1701 E. Woodfield Rd. #1100 SCHAUMBURG, IL 60173-5131 | | | | | |
| | Jared-Galleria Of Jwlr 375 Ghent Rd Fairlawn, OH 44333 | | | | | |
| | Jared-Galleria Of Jwlr 375 Ghent Rd Fairlawn, OH 44333 | | | | | |
| | JOHN GALT BINDERY 800 E. 8th Street NEW ALBANY, IN 47150 | | | | | |
| | John Konitzer 406 Scott Street Algonquin, IL 60102 | | | | | |
| | JOSTENS Jostens 6311 Centre St. South Calgary, AB T2H 0C7 | | | | | |
| | JUDSON UNIVERSITY Registrar's Office 1151 North State Street ELGIN, IL 60123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | K & S Properties, Inc. K & S Properties, Inc. 1888 E. Fabyan Parkway Batavia, IL 60510 | | | | | |
| | Kean University KEAN 1000 Morris Ave Union, NJ 07083 | | | | | |
| | L. Stephen Pfleger, LTD.* L. Stephen Pfleger, LTD. 12620 Native Dancer Place North Potomac, MD 20878 | | | | | |
| | LANDMARK PUBLISHING CORP 651 PARK VILLAGE DR ATLANTA, GA 30306 | | | | | |
| | Larsen Packaging Products, Inc. 120 Internationale Blvd. Glendale Heights, IL 60139 | | | | | |
| | Larson-Juhl (ATL) Larson Juhl 3900 Steve Reynolds Blvd NORCROSS, GA 30093 | | | | | |
| | Licensing Resource Group, LLC Attn:  Gene Wandling 2570 Holiday Road, Suite 250 Coralville, IA 52241 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Licensing Resource Group, LLC Licensing Resource Group, LLC 442 Century Lane Suite 100 Holland, MI 49423 | | | | | |
| | Main Marine & Ski, Inc. 1101 Maine Street Racine, WI 53402 | | | | | |
| | Marist College 3399 North Road Poughkeepsie, NY 12601 | | | | | |
| | MARQUETTE SPIRIT SHOP Alumni Memorial Union 1442 W. Wisconsin Ave MILWAUKEE, WI 53233 | | | | | |
| | Martin Tasch Lebow, Malecki & Tasch 903 Commerce Drive Ste 160 Oak Brook, IL 60523 | | | | | |
| | Maryagnes Dixon 380 River Bluff Circle Naperville, IL 60540 | | | | | |
| | MBNA America Business Card P.O. Box 15469 Wilmington, DE 19850-5469 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwestern University Midwestern University 555 31st Street Downers Grove, IL 60515 | | | | | |
| | Mikkelsen Grahic Engineering Mikkelsen Grahic Engineering 801 Geneva Parkway Lake Geneva, WI 53147 | | | | | |
| | MILES KEDEX COMPANY, INC. MILES KEDEX COMPANY, INC. 1 ROWTIER DR. WESTMINSTER, MA 01473 | | | | | |
| | MILLERSVILLE UNIVERSITY STORE STUDENT SERVICES INC. MILLERSVILLE, PA 17551 | | | | | |
| | Mincer's Mincer's 1527 University Avenue Charlottesville, VA 22903-2636 | | | | | |
| | MONTCLAIR UNIVERSITY MONTCLAIR 1 Normal Ave Montclair, NJ 07043 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NATIONAL ASSOC OF COLLEGE STORES 500 East Lorain St. OBERLIN, OH 44074 | | | | | |
| | National Recognition Products 150 Kingswood Rd. P.O. Box 8725 Mankato, MN 56002-8725 | | | | | |
| | NATIONAL UNIVERSITY National University 2182 Corte Mango Carlsbad, CA 92009 | | | | | |
| | NECO NECO 424 Beacon Street Boston, MA 02115 | | | | | |
| | Nielsen &  Bainbridge Nielsen Bainbridge 2577 Reliable Parkway Chicago, IL 60686-0025 | | | | | |
| | Nurre Caxton Nurre Caxton 4615 N.W. 103rd Avenue Sunrise, FL 33351 | | | | | |
| | Oak Hall P.O. Box 1078 840 Union St. Salem, VA 24153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Office Depot Office Depot P.O. Box 689020 Des Moines, IA 50368-9020 | | | | | |
| | Office Max Office Max P.O. Box 30292 Salt Lake City, UT 84130 | | | | | |
| | Omega Moulding Co. Omega Moulding Co. 1 Saw Grass Drive Bellport, NY 11713 | | | | | |
| | PARTNER SHIP PARTNER SHIP 500 E. LORAIN STREET OBERLIN, OH 44074-1294 | | | | | |
| | PAYCHEX PAYCHEX 4300 WEAVER OARKWAY SUITE #100 WARRENVILLE, IL 60555 | | | | | |
| | PLANNED INTERGRAPHICS Printing Services P.O. Box 163 SOUTH ELGIN, IL 60177 | | | | | |
| | Plastic Dress-Up 11077 Rush Street P.O. Box 3897 SOUTH EL MONTE, CA 91733 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PLASTIC PLUS AWARDS PLASTIC PLUS AWARDS 4321 Equipment Drive Charlotte, NC 28269 | | | | | |
| | Platinum Plus for Business Platinum Plus for Business P.O. Box 15469 Wilmington, DE 19850 | | | | | |
| | PREMIER PACKAGING PREMIER PACKAGING 3254 RELIABLE PARKWAY CHICAGO, IL 60686 | | | | | |
| | Pride Sash PRIDE SASH 3341 Jack Northrop Ave Hawthorne, CA 90250 | | | | | |
| | PRINCE GEORGES C.C. PRINCE GEORGES C.C. 301 LARGO ROAD Largo, MD 20774 | | | | | |
| | PRO SPECIALTIES GROUP Pro Specialties Group 4863 Shawline St. Suite D San Diego, CA 92111 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RAMAPO COLLEGE Campus Store 505 Ramapo Valley Rd Mahwah, NJ 07430 | | | | | |
| | REGISTERED AGENT SOLUTIONS INC. REGISTERED AGENT SOLUTIONS, INC. 515 CONGRESS AVENUE STE 2300 AUSTIN, TX 78701 | | | | | |
| | Reid & Mo Olson 3408 RFD Long Grove, IL 60047-8377 | | | | | |
| | Reliable Container Inc Reliable Container Inc 210 South Addison Rd Addison, IL 60101 | | | | | |
| | Reliant Data Processing Reliant Data Processing 197 Alder Drive North Aurora, IL 60542 | | | | | |
| | Resource One P.O. Box 267 Hagaman, NY 12086 | | | | | |
| | RJ CONSTRUCTION SUPPLY COMPANY, INC. 1567 Frontenac Road NAPERVILLE, IL 60563 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | ROSS UNIVERSITY ROSS 630 US 1 North Brunswick Township, NJ 08902-3311 | | | | | |
| | SAINT PETERS SAINT PETERS 2641 John F Kennedy Blvd Jersey City, NJ 07306 | | | | | |
| | SALISBURY UNIVERSITY BOOKSTORE SALISBURY UNIVERSITY BOOKSTORE 1101 CAMDEN AVE SALISBURY, MD 21801 | | | | | |
| | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Secretary of State Dept. of Business Services 501 S. 2nd Street Springfield, IL 62756-5510 | | | | | |
| | SENTINEL SENTINEL TECHNOLOGIES, INC. 6092 PAYSPHERE CIRCLE CHICAGO, IL 60674 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SETON HALL UNIVERSITY Dept. for Community Development SOUTH ORANGE, NJ 07079 | | | | | |
| | Shell Fleet P.O. Box 183019 Columbus, OH 43218-3019 | | | | | |
| | Shippensburg - Commissions University Store Ceddia Union Building Shippensburg, PA 17257 | | | | | |
| | Shippensburg - Royalties University Licensing Program 1871 Old Main Drive, Box 35 Shippensburg, PA 17257-2299 | | | | | |
| | SHIPPENSBURG UNIVERSITY SHIPPENSBURG Ceddia Union Building Shippensburg, PA | | | | | |
| | SIGNS BY TOMORROW SIGNS BY TOMORROW 110 RIDGE AVE BLOOMINGDALE, IL 60108 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SKYLINE SKYLINE TRADETEC 1136 N GARFIELD STREET LOMBARD, IL 60148 | | | | | |
| | ST REGIS ST REGIS 60 INDUSTRIAL PARKWAY #199 CHEEKTOWAGA, NY 14227 | | | | | |
| | ST01  Studio Moulding Studio Moulding 1315 E. Watson Ctr. Rd. Carson, CA 90745 | | | | | |
| | Stamar Packaging, Inc. Stamar Packaging, Inc. P.O. BOX 1157 BEDFORD PARK, IL 60499 | | | | | |
| | Steve Pfleger 12620 Native Dancer Place North Potomac, MD 20878 | | | | | |
| | SWARTHMORE SWARTHMORE 500 College Ave Swarthmore, PA 19081 | | | | | |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TD Auto Finance PO Box 9001888 Louisville, KY 40290-1888 | | | | | |
| | TENFAB DESIGNS, LLC TENFAB DESIGNS, LLC 829 CHICAGO AVE EVANSTON, IL 60202 | | | | | |
| | The Hartford The Hartford P.O. Box 2907 Hartford, CT 06104-2907 | | | | | |
| | The PrivateBank and Trust Company 70 West Madison Suite 200 Chicago, IL 60602-4202 | | | | | |
| | THEOPHANY STAFFING, INC. THEOPHANY STAFFING, INC. 1601 BOND SUITE 106 NAPERVILLE, IL 60563 | | | | | |
| | Timothy Guy Smith 2480 Rt 97 Suite 7 Glenwood, Maryland 21738-0000 | | | | | |
| | Tom Eklund 3157 Autumn Woods Dr. Charlottesville, VA 22991 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TOWSON UNIVERSITY University Union Building 8000 York Rd TOWSON, MA 21252 | | | | | |
| | Toyota Motor Credit 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | | | | |
| | TRANSWORLD SYSTEM TRANSWORLD SYSTEM P.O. BOX 14010 SANTA ROSA, CA 95402-6010 | | | | | |
| | TRIMSTYLES Trimstyles Inc 295 N Michigan Ave Kenilworth, NJ 07033 | | | | | |
| | Tropp & Company Inc. National Service Center P.O. Box 529 Mendota, IL 61342 | | | | | |
| | U.S. Bank N.A. U.S. Bank NA P.O. Box 790117 St. Louis, MO 63179-0117 | | | | | |
| | UCSD BOOKSTORE University of Cal, San Diego 9500 Gilman Drive La Jolla, CA 92093 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ULINE Shipping Supply Attn: Accounts Rec. 2200 S. Lakeside Drive Waukegan, IL 60085 | | | | | |
| | UNION 807 UNION STREET SCHENECTADY, NY 12308 | | | | | |
| | United Mfrs. Supplies, Inc. United Mfrs. Supplies, Inc. P.O. Box 857 Syosset, NY 11791 | | | | | |
| | United Parcel Service United Parcel Service Lockbox 577 Carol Stream, IL 60132-0577 | | | | | |
| | UNIVERSITY CALIFORNIA S.D. 9500 GILMAN DRIVE LA JOLLA, CA 92093 | | | | | |
| | University of Chicago Booksstore University of Chicago Booksstore 970 E 58th Street Chicago, IL 60637 | | | | | |
| | University of Chicago Office of Legal Counsel 5801 S. Ellis Ave Chicago, IL 60637 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNIVERSITY OF MARYLAND COLLEGE PARK COLLEGE PARK, MD 20742 | | | | | |
| | UNIVERSITY OF VA ALUMNI ASC. UNIVERSITY OF VA ALUMNI ASC. PO BOX 400314 CHARLOTTESVILLE, VA 22904 | | | | | |
| | University of Wisconsin Bursar Office - SS1700 2420 Nicolet Drive Green Bay, WI 54311-7001 | | | | | |
| | UNIVERSITY STORE UNIVERSITY STORE CEDDIA UNION BUILDING SHIPPENSBURG, PA 17257 | | | | | |
| | UPS FREIGHT UPS FREIGHT 28013 NETWORK PLACE CHICAGO, IL 60673-1280 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US BANK MANIFEST FUNDING SERVICES P.O. BOX 790448 ST. LOUIS, MO 63179-0448 | | | | | |
| | USPS POST OFFICE - WEST CHIC WEST CHICAGO POST OFFICE 1130 W WASHINGTON ST WEST CHICAGO, IL 60185-2622 | | | | | |
| | VALLEY LOCK CO., INC. VALLEY LOCK CO., INC. 1450 WEST MAIN STREET STE. B ST CHARLES, IL 60174 | | | | | |
| | WALLEN STICHES WALLEN STICHES 1101 16th Street COLUMBUS, IN 47201 | | | | | |
| | WASHINGTON AND LEE ELROD COMMONS LEXINGTON, VA 24450 | | | | | |
| | Wells Fargo Financial Leasing Wells Fargo Financial Leasing P.O. Box 39345 Edina, MN 55439 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Suburban Bank 711 S Westmore Ave Lombard, IL 60148 | | | | | |
| | WESTERN ILLINOIS UNIVERSITY 212 SHERMAN HALL 1 University Circle MACOMB, IL 61455 | | | | | |
| | Westfield Insurance Companies Westfield Insurance Companies P.O. Box 94595 Cleveland, OH 44101 | | | | | |
| | Wfnnb/Express 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wfnnb/Lane Bryant 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wfnnb/Victorias Secret 220 W Schrock Rd Westerville, OH 43081 | | | | | |
| | WFNNB-ANP WFNNB-ANP P.O. Box 659704 San Antonio, TX 78265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | WHEATON COLLEGE BKSTR WHEATON COLLEGE BOOKSTORE 501 COLLEGE AVE WHEATON, IL 60187-5593 |  |  |  |  |  |
|  | WISCONSIN ASSOC OF COLLEGE STORES UNIVERSITY BOOK STORE MADISON, WI 53703 |  |  |  |  |  |
|  | Xerox Corp. Xerox Corp. P.O. Box 802555 Chicago, IL 60680 |  |  |  |  |  |
| 12 | ADVERTISING SPECIALTY INSTITUTE |  |  |  |  |  |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 4 | ITW AMP |  |  |  |  |  |
| 2 | K & S PROPERTIES, INC. |  |  |  |  |  |
| 11 | THE PRIVATE BANK AND TRUST CO. |  |  |  |  |  |
| 10 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | CAPITAL ONE N.A. (USA) | | | | | |
| 7 | FSB AMERICAN EXPRESS BANK | | | | | |
| 8 | FSB AMERICAN EXPRESS BANK | | | | | |
| 9 | FSB AMERICAN EXPRESS BANK | | | | | |
| 3 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 5 | MASSACHUSETTS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-48134 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DENNIS B FOOTE | | | | Date Filed (f) or Converted (c): | 11/30/2011 (f) |
| | JEANNE M FOOTE | | | | 341(a) Meeting Date: | 01/24/2012 |
| For Period Ending: | 09/23/2013 | | | | Claims Bar Date: | 06/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  single family residence located at 519 Alberosky W | 622,700.00 | 0.00 | | 18,000.00 | FA |
| 2.  cash in possession | 200.00 | 200.00 | | 0.00 | FA |
| 3.  checking account at Chase | 0.00 | 0.00 | | 0.00 | FA |
| 4.  checking account for Hots Shots USA at Chase | 0.00 | 0.00 | | 0.00 | FA |
| 5.  checking account at Old Second | 70.00 | 70.00 | | 0.00 | FA |
| 6.  typical household goods, appliances, furniture, el | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 7.  books, pictures | 300.00 | 300.00 | | 0.00 | FA |
| 8.  clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9.  wedding rings, costume jewelry | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. cameras | 500.00 | 0.00 | | 0.00 | FA |
| 11. term life insurance policies with Prudential Finan | 0.00 | 0.00 | | 0.00 | FA |
| 12. term life insurance policies with the Midland, Tra | 0.00 | 0.00 | | 0.00 | FA |
| 13. Bright Start 529 Plan for daughter; no contributio | 6,718.67 | 6,718.67 | | 0.00 | FA |
| 14. 529 Plan at Upromise for daughter; no contribution | 715.13 | 715.13 | | 0.00 | FA |
| 15. retirement account from employment | 144,648.00 | 0.00 | | 0.00 | FA |
| 16. 100 percent owner of Hot Shot USA, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 17. anticipated 2010 tax refund; amount unknown | 0.00 | Unknown | | 0.00 | Unknown |
| 18. Hot Shots USA, Inc. went out of business but owed | 43,500.00 | 43,500.00 | | 0.00 | FA |
| 19. 2006 Toyota Sienna CE/LE approximately 148,000 mil | 5,000.00 | 2,400.00 | | 0.00 | FA |
| 20. 2004 Lexus RX 330 4D Sport Utility approximately 1 | 10,000.00 | 7,100.00 | | 0.00 | FA |
| 21. 2006 Livin Large Pleasure Boat; located at Main Ma | 143,660.00 | 0.00 | | 0.00 | FA |
| 22. 2008 computer and printer used for work | 400.00 | 0.00 | | 0.00 | FA |
| 23. pet dog | 25.00 | 25.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

UST Form 101-7-TDR (5/1/2011) *(Page: 40)*

| | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $985,436.80 | $65,028.80 | $18,000.00    Exhibit 8 $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/30/2013        Current Projected Date of Final Report (TFR): 01/30/2013

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-48134 | Trustee Name: DAVID R. BROWN |
| Case Name: DENNIS B FOOTE | Bank Name: Congressional Bank |
| JEANNE M FOOTE | Account Number/CD#: XXXXXX6294 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8529 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/12 | 1 | ALE SOLUTIONS, INC. 1 West Illinois StreetSuite 300St. Charles, IL 60174 | | 1122-000 | $4,500.00 | | $4,500.00 |
| 03/15/12 | 1 | ALE SOLUTIONS, INC. 1 West Illinois StreetSuite 300St. Charles, IL 60174 | | 1122-000 | $4,500.00 | | $9,000.00 |
| 04/23/12 | 1 | AIE SOLUTIONS, INC. 1 West Illinois StreetSuite 300St. Charles, IL 60174 | | 1122-000 | $4,500.00 | | $13,500.00 |
| 05/04/12 | 1 | ALE SOLUTIONS, INC. 1 West Illinois StreetSuite 300St. Charles, IL 60174 | | 1122-000 | $4,500.00 | | $18,000.00 |
| 02/13/13 | 101 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | bond no. 016026455 | 2300-000 | | $15.00 | $17,985.00 |
| 03/12/13 | 102 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,550.00 | $15,435.00 |
| 03/12/13 | 103 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Final distribution to claim 3 representing a payment of 94.20 % per court order. | 5800-000 | | $15,038.11 | $396.89 |
| 03/12/13 | 104 | MASSACHUSETTS DEPARTMENT OF REVENUE Bankruptcy Unit P.O Box 9564 Boston, MA 02114 | Final distribution to claim 5 representing a payment of 94.20 % per court order. | 5800-000 | | $396.89 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $18,000.00 | $18,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,000.00 | $18,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,000.00 | $18,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $18,000.00 | $18,000.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6294 - Checking Account | $18,000.00 | $18,000.00 | $0.00 |
| | $18,000.00 | $18,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,000.00 |
| Total Gross Receipts: | $18,000.00 |

Page Subtotals:            $0.00        $0.00